# ATTACHMENT A

**The defendant real property is more fully described as follows:**

PARCEL A:

A parcel of land situated in the NE1/4 of Section 9 and the NW1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Northerly of the centerline of County Road No. 104; said parcel being more particularly described as follows:

Commencing at the Northwest corner of said Section 10, a stone in place;
thence S 69º59'14" E a distance of 1906.06 fed to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of the centerline of an existing road as constructed and in place, the TRUE POINT OF BEGINNING;
thence S 15º35'23" W a distance of 1048.17 feet to a point on the centerline of County Road No. 104; thence the following eight (8) courses along the centerline of said County Road:

1). along the arc of a curve to the left having a radius of 331.45 feet, a central angle of 49º43'44" and an arc length of 287.67 feet, (chord bears S 80º43' 31" W a distance of 278.73 feet);
2). S 55º 51' 39" W a distance of 16.47 feet;
3). along the arc of a curve to the right having a radius of 890.60 feet, a central angle of 15º00'16" and an arc length of 233.23 feet, (chord bears S 63º21'47" W a distance of 232.56 feet);
4). S 70º51'56" W a distance of 117.09 feet;
5). along the arc of a curve to the right having a radius of 337.36 feet, a central angle of 63º58'02" and an arc length of 376.64 feet (chord bears N 77º09' 03" W a distance of 357.38 feet);
6). N 45º10'02" W a distance of 194.62 feet;
7). along the arc of a curve to the left having a radius of 2050.00 feet, a central angle of 18º37'07" and an arc length of 666.16 feet, (chord bears N 54º28'36" W a distance of 663.23 feet);
8). N 63º47'09" W a distance of 488.93 feet; thence leaving said centerline N 26º12'51" E a distance of 180.00 feet to a rebar and cap L.S. # 19598 in place; thence S 89º11'56" E a distance of 217.03 feet to a rebarb and cap L.S. #19598 in place; thence S 69º43'20" E a distance of 389.54 feet to a rebar and cap L.S. #19598 in place; thence S 41º33'43" E a distance of 350.52 feet to a rebar and cap L.S. #19598 in place; thence S 50º23'02" E a distance of 337.08 feet to a rebar and cap L.S. #19598 in place; thence S 75º47'11" E a distance of 224.76 feet to a rebar and cap L.S. #19598 in place; thence N 71º54'18" E a distance of 315.48 feet to a rebar and cap L.S. #19598 in place; thence N 47º30'53" E a distance of 166.33 feet to a rebar and cap L.S. #19598 in place; thence S 84º17'50" E a distance of 196.42 feet to a rebar and cap L.S. #19598 in place; thence N 07º51'21" E a distance of 240.93 feet to a rebar and cap L.S. #19598 in place; thence N

32°39'53" E a distance of 516.83 feet to a rebar and cap L.S. # 19598 in place lying 25.00 feet Southerly of an existing road as constructed and in place; thence along said Southerly line N 57°43'49" E a distance of 61.39 feet to the TRUE POINT OF BEGINNING.

PARCEL B

A parcel of land situated in the NW 1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Northerly of the centerline of County Road No. 104; said parcel being more particularly described as follows:

Commencing at the Northwest corner of said Section 10, a stone in place;
thence S 84°18'45" E a distance of 2212.88 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of the centerline of an existing road as constructed and in place, the TRUE POINT OF BEGINNING;
thence the following three (3) courses along a line being 25.00 feet Southerly and parallel to, the centerline of said road:

1). along the arc of a curve to the right having a radius of 106.24 feet, a central angle of 62°43'54" and an arc length of 116.32 feet, (chord bears S 42°43'23" E a distance of 110.59 feet);
2). S 11°21'26" E a distance of 140.83 feet;
3). S 15°29'58" E a distance of 15.10 feet; thence leaving said Southerly line S 19°38'30" E a distance of 998.47 feet to the North center sixteenth corner of said Section 10, a rebar and cap L.S. #19598 in place; thence S 00°04'58" E a distance of 310.92 feet to the centerline of County Road No. 104 as constructed and in place; thence the following three (3) courses along said centerline:

1). along the arc of a curve to the left having a radius of 543.38 feet, a central angle of 60°55'28" and an arc length of 577.79 feet, (chord bears S 86°49'45" W a distance of 550.95 feet);
2). along the arc of a curve to the right having a radius of 407.49 feet, a central angle of 71°20'10" and an arc length of 507.34 feet, (chord bears N 87°57'54" W a distance of 475.20 feet;
3). along the arc of a curve to the left having a radius of 331.45 feet, a central angle of 22°06'48" and an arc length of 127.92 feet, (chord bears N 63°21'13" W a distance of 127.13 feet); thence N 15°35'23" E a distance of 1048.17 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of an existing road as constructed and in place; thence the following seven (7) courses along a line being 25.00 feet Southerly of and parallel to the centerline of said road:

1). N 57°43'49" E a distance of 5.43 feet;
2). N 34°03'52" E a distance of 71.35 feet;

3). N 29º32'41" E a distance of 305.24 feet;
4). N 45º00'54" E a distance of 150.48 feet;
5). N 36º37'19" E a distance of 37.05 feet;
6). S 69º45'40" E a distance of 73.22 feet;
7). S 74º05'19" E a distance of 22.64 feet to the TRUE POINT OF BEGINNING.

PARCEL C:

A parcel of land situated in the NE1/4 of Section 9 and the NW1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Southerly of the centerline of County Road No. 104; said parcel is more particularly described as follows:

Commencing at the East Quarter Corner of said Section 9, a G.L.O. Brass Cap in place, the TRUE POINT OF BEGINNING; thence N 88º19'54" W a distance of 1324.37 feet to the Southwest corner of the SE1/4NE1/4 of said Section 9, a rebar and cap L.S. #19598 in place; thence N 00º00'l8" E a distance of 1319.18 to the Northwest corner of said SE1/4NE1/4, also being a point on the Southerly line of Peachblow P.U.D., a rebar and cap L.S. #10732 in place; thence S 88º19'15" E a distance of 419.92 feet to the Southeast corner of said Peachblow P.U.D., a rebar and cap L.S. #10732 in place; thence N 53º10'43" E 202.00 feet to the Northeast corner of said Peachblow P.U.D. also being a point in the centerline of the Frying Pan River (from whence a rebar a cap L.S. #19598 bears S 53º06'45" W a distance of 64.12 feet for the witness corner); thence the following five (5) courses along the centerline of said river:

1). S 51º13'37" E a distance of 78.44 feet;
2). S 79º20'12" E a distance of 236.39 feet;
3). S 84º09'41" E a distance of 153.59 feet;
4). S 67º57'30" E a distance of 187.41 feet;
5). S 66º23'12" E a distance of 132.18 feet; thence leaving said centerline N 00º03'17" W a distance of 79.00 feet to the centerline of County Road No. 104. thence the following nine (9) courses along said centerline:

1). along the arc of a curve to the right having a radius of 2050.00 feet, a central angle of 14º38'22" and an arc length of 523.79 feet, (chord bears S 52º29'13" E a distance of 522.35 feet);
2). S 45º10'02" E a distance of 194.62 feet;
3). along the arc of a curve to the left having a radius of 337.36 feet, a central angle of 63º58'02" and an arc length of 376.64 feet, (chord bears S 77º09'03" E a distance of 357.38);
4). N 70º51'56" E a distance of 117.09 feet;
5). along the arc of a curve to the left having a radius of 890.60 feet, a central angle of 15º00'16" and an arc length of 233.23 feet, (chord bears N 63º21'47" E a distance of 232.56 feet);
6). N 55º51'39" E a distance of 16.47 feet;

7). along the arc of a curve to the right having a radius of 331.44 feet, a central angle of 7I°50'31" and an arc length of 415.59 feet, (chord bears S 88°13'05" E a distance of 388.90 feet);

8). along the arc of a curve to the left having a radius of 407.49 feet, a central angle of 71°20'10" and an arc length of 507.34 feet, (chord bears S 87°57'54" E a distance of 475.20 feet);

9). along the arc of a curve to the right having a radius of 543.38 feet, a central angle of 60°55'28" and an arc length of 577.79 feet, (chord bears N 86°49'45" E a distance of 550.95 feet) to a point on the North-South centerline of Section 10; thence leaving the centerline of said road, S 00°04'58" E along the North-South centerline of said Section 10 a distance of 1007.87 feet to the center of said Section 10, a #5 rebar in place; thence N 88°21'57" W along the East-West centerline of Section 10 a distance 2647.94 feet to the TRUE POINT OF BEGINNING.

Together with a non-exclusive right of way for ingress and egress across the presently existing roadway known as Ash Road as shown on the Plat for Peachblow PUD Subdivision located in the N1/2N1/2 Sec 9, T 8 S, R 85 W of the 6th P.M. as recorded in Book 257 at Page 362. Said easement to provide access from Eagle County Road P-104 to the North Boundary line of the Peachblow PUD Subdivision.