IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     121 ASH ROAD, BASALT, COLORADO,
2.     APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

       Defendants.

_____

### WARRANT FOR ARREST OF PROPERTY *IN REM*
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

       PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant asset described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

       Approximately $77,888,782.61 held and frozen in Mirabaud Bank Account #509951

       DATED this ___ day of _____2021.

                                                     JEFFREY P. COLWELL
                                                   Clerk of the U.S. District Court

2

By: _____
     Deputy Clerk