INDEX AS HENKE PROPERTY, LLC, GRANTOR, AND THE UNITED STATES OF AMERICA, GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    121 ASH ROAD, BASALT, COLORADO,
2.    APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    Defendants.

---

## NOTICE OF LIS PENDENS

---

RECORD TITLE OWNER: HENKE PROPERTY, LLC

PLEASE TAKE NOTICE that the United States of America filed a *Verified Complaint for Forfeiture In Rem*, in which the United States seeks a judgment and final order of forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A), and (C), forfeiting to the United States all right, title, and interest in and to the following real property:

PARCEL A:

A parcel of land situated in the NE1/4 of Section 9 and the NW1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Northerly of the centerline of County Road No. 104; said parcel being more particularly described as follows:
Commencing at the Northwest corner of said Section 10, a stone in place; thence S 69º59'14" E a distance of 1906.06 fed to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of the centerline of an existing road as constructed and in place, the TRUE POINT OF BEGINNING;

thence S 15º35'23" W a distance of 1048.17 feet to a point on the centerline of County Road No. 104; thence the following eight (8) courses along the centerline of said County Road:
1). along the arc of a curve to the left having a radius of 331.45 feet, a central angle of 49º43'44" and an arc length of 287.67 feet, (chord bears S 80º43' 31" W a distance of 278.73 feet);
2). S 55º 51' 39" W a distance of 16.47 feet;
3). along the arc of a curve to the right having a radius of 890.60 feet, a central angle of 15º00'16" and an arc length of 233.23 feet, (chord bears S 63º21'47" W a distance of 232.56 feet);
4). S 70º51'56" W a distance of 117.09 feet;
5). along the arc of a curve to the right having a radius of 337.36 feet, a central angle of 63º58'02" and an arc length of 376.64 feet (chord bears N 77º09' 03" W a distance of 357.38 feet);
6). N 45º10'02" W a distance of 194.62 feet;
7). along the arc of a curve to the left having a radius of 2050.00 feet, a central angle of 18º37'07" and an arc length of 666.16 feet, (chord bears N 54º28'36" W a distance of 663.23 feet);
8). N 63º47'09" W a distance of 488.93 feet; thence leaving said centerline N 26º12'51" E a distance of 180.00 feet to a rebar and cap L.S. # 19598 in place; thence S 89º11'56" E a distance of 217.03 feet to a rebarb and cap L.S. #19598 in place; thence S 69º43'20" E a distance of 389.54 feet to a rebar and cap L.S. #19598 in place; thence S 41º33'43" E a distance of 350.52 feet to a rebar and cap L.S. #19598 in place; thence S 50º23'02" E a distance of 337.08 feet to a rebar and cap L.S. #19598 in place; thence S 75º47'11" E a distance of 224.76 feet to a rebar and cap L.S. #19598 in place; thence N 71º54'18" E a distance of 315.48 feet to a rebar and cap L.S. #19598 in place; thence N 47º30'53" E a distance of 166.33 feet to a rebar and cap L.S. #19598 in place; thence S 84º17'50" E a distance of 196.42 feet to a rebar and cap L.S. #19598 in place; thence N 07º51'21" E a distance of 240.93 feet to a rebar and cap L.S. #19598 in place; thence N 32º39'53" E a distance of 516.83 feet to a rebar and cap L.S. # 19598 in place lying 25.00 feet Southerly of an existing road as constructed and in place; thence along said Southerly line N 57º43'49" E a distance of 61.39 feet to the TRUE POINT OF BEGINNING.

PARCEL B

A parcel of land situated in the NW 1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Northerly of the centerline of County Road No. 104; said parcel being more particularly described as follows:
Commencing at the Northwest corner of said Section 10, a stone in place;

thence S 84º18'45" E a distance of 2212.88 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of the centerline of an existing road as constructed and in place, the TRUE POINT OF BEGINNING;
thence the following three (3) courses along a line being 25.00 feet Southerly and parallel to, the centerline of said road:

1). along the arc of a curve to the right having a radius of 106.24 feet, a central angle of 62º43'54" and an arc length of 116.32 feet, (chord bears S 42º43'23" E a distance of 110.59 feet);
2). S 11º21'26" E a distance of 140.83 feet;
3). S 15º29'58" E a distance of 15.10 feet; thence leaving said Southerly line S 19º38'30" E a distance of 998.47 feet to the North center sixteenth corner of said Section 10, a rebar and cap L.S. #19598 in place; thence S 00º04'58" E a distance of 310.92 feet to the centerline of County Road No. 104 as constructed and in place; thence the following three (3) courses along said centerline:

1). along the arc of a curve to the left having a radius of 543.38 feet, a central angle of 60º55'28" and an arc length of 577.79 feet, (chord bears S 86º49'45" W a distance of 550.95 feet);
2). along the arc of a curve to the right having a radius of 407.49 feet, a central angle of 71º20'10" and an arc length of 507.34 feet, (chord bears N 87º57'54" W a distance of 475.20 feet;
3). along the arc of a curve to the left having a radius of 331.45 feet, a central angle of 22º06'48" and an arc length of 127.92 feet, (chord bears N 63º21'13" W a distance of 127.13 feet); thence N 15º35'23" E a distance of 1048.17 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of an existing road as constructed and in place; thence the following seven (7) courses along a line being 25.00 feet Southerly of and parallel to the centerline of said road:

1). N 57º43'49" E a distance of 5.43 feet;
2). N 34º03'52" E a distance of 71.35 feet;
3). N 29º32'41" E a distance of 305.24 feet;
4). N 45º00'54" E a distance of 150.48 feet;
5). N 36º37'19" E a distance of 37.05 feet;
6). S 69º45'40" E a distance of 73.22 feet;
7). S 74º05'19" E a distance of 22.64 feet to the TRUE POINT OF BEGINNING.

PARCEL C:
A parcel of land situated in the NE1/4 of Section 9 and the NW1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Southerly of the centerline of County Road No. 104; said parcel is more particularly described as follows:
Commencing at the East Quarter Corner of said Section 9, a G.L.O. Brass Cap in place, the TRUE POINT OF BEGINNING; thence N 88º19'54" W a distance of

1324.37 feet to the Southwest corner of the SE1/4NE1/4 of said Section 9, a rebar and cap L.S. #19598 in place; thence N 00º00'l8" E a distance of 1319.18 to the Northwest corner of said SE1/4NE1/4, also being a point on the Southerly line of Peachblow P.U.D., a rebar and cap L.S. #10732 in place; thence S 88º19'15" E a distance of 419.92 feet to the Southeast corner of said Peachblow P.U.D., a rebar and cap L.S. #10732 in place; thence N 53º10'43" E 202.00 feet to the Northeast corner of said Peachblow P.U.D. also being a point in the centerline of the Frying Pan River (from whence a rebar a cap L.S. #19598 bears S 53º06'45" W a distance of 64.12 feet for the witness corner); thence the following five (5) courses along the centerline of said river:

1). S 51º13'37" E a distance of 78.44 feet;
2). S 79º20'12" E a distance of 236.39 feet;
3). S 84º09'41" E a distance of 153.59 feet;
4). S 67º57'30" E a distance of 187.41 feet;
5). S 66º23'12" E a distance of 132.18 feet; thence leaving said centerline N 00º03'17" W a distance of 79.00 feet to the centerline of County Road No. 104. thence the following nine (9) courses along said centerline:

1). along the arc of a curve to the right having a radius of 2050.00 feet, a central angle of 14º38'22" and an arc length of 523.79 feet, (chord bears S 52º29'13" E a distance of 522.35 feet);
2). S 45º10'02" E a distance of 194.62 feet;
3). along the arc of a curve to the left having a radius of 337.36 feet, a central angle of 63º58'02" and an arc length of 376.64 feet, (chord bears S 77º09'03" E a distance of 357.38);
4). N 70º51'56" E a distance of 117.09 feet;
5). along the arc of a curve to the left having a radius of 890.60 feet, a central angle of 15º00'16" and an arc length of 233.23 feet, (chord bears N 63º21'47" E a distance of 232.56 feet);
6). N 55º51'39" E a distance of 16.47 feet;
7). along the arc of a curve to the right having a radius of 331.44 feet, a central angle of 7lº50'31" and an arc length of 415.59 feet, (chord bears S 88º13'05" E a distance of 388.90 feet);
8). along the arc of a curve to the left having a radius of 407.49 feet, a central angle of 71º20'10" and an arc length of 507.34 feet, (chord bears S 87º57'54" E a distance of 475.20 feet);
9). along the arc of a curve to the right having a radius of 543.38 feet, a central angle of 60º55'28" and an arc length of 577.79 feet, (chord bears N 86º49'45" E a distance of 550.95 feet) to a point on the North-South centerline of Section 10; thence leaving the centerline of said road, S 00º04'58" E along the North-South centerline of said Section 10 a distance of 1007.87 feet to the center of said Section 10, a #5 rebar in place; thence N 88º21'57" W along the East-West

centerline of Section 10 a distance 2647.94 feet to the TRUE POINT OF BEGINNING.

Together with a non-exclusive right of way for ingress and egress across the presently existing roadway known as Ash Road as shown on the Plat for Peachblow PUD Subdivision located in the N1/2N1/2 Sec 9, T 8 S, R 85 W of the 6th P.M. as recorded in Book 257 at Page 362. Said easement to provide access from Eagle County Road P-104 to the North Boundary line of the Peachblow PUD Subdivision.

DATED this 18th day of March, 2021.

                        Respectfully submitted,

                        MATTHEW T. KIRSCH
                        Acting United States Attorney

By:  *s/ Tonya Andrews*
      Tonya S. Andrews
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: 303-454-0100
      Fax: 303-454-0405
      Email: tonya.andrews@usdoj.gov