IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00796-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   121 ASH ROAD, BASALT, COLORADO,
2.   APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

        Defendants,

and

EDGE CAPITAL INVESTMENTS, LTD.,

        Claimant.

---

**EDGE CAPITAL INVESTMENTS, LTD.'S VERIFIED CLAIM OF INTEREST**

---

Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant Edge Capital Investments, Ltd. ("Claimant" or "Edge"), P.O. Box 556, Main Street, Charlestown, Nevis, by and through its counsel Aegis Law Group LLP, hereby files this verified claim and asserts its interest and right in Defendant *in rem* #2 in this action.

Edge has a claim to, interest in, and right to the "Approximately $77,888,782.61 Held and Frozen in Mirabaud Bank Account #509951" (referred to as "defendant Funds Held in Mirabaud account #509951") described in paragraph 3(b) of the Verified Complaint for

Forfeiture *In Rem* filed in this action under Title 18, United States Code, Section 981 on March 18, 2021.

Edge has a valid, good faith, and legally recognizable interest in defendant Funds Held in Mirabaud account #509951 because Edge is the sole titleholder and owner of Mirabaud Bank Account #509951. As such, Edge demands the return of the funds held therein and the right to defend this action.

Dated: April 15, 2021

Respectfully submitted,

**AEGIS LAW GROUP LLP**

/s/ Branden Lewiston
Branden Lewiston
801 Pennsylvania Ave, NW, Suite 740
Washington, DC 20004
Tel: (202) 737-3500
Fax: (202) 735-5070
blewiston@aegislawgroup.com

*Counsel for Claimant*
*Edge Capital Investments, Ltd.*

## VERIFICATION

I, Evatt Tamine, Director and Secretary of Edge Capital Investments, Ltd., P.O. Box 556, Main Street, Charlestown, Nevis, and sole signatory on Mirabaud Bank account #509951, hereby declare that I have read the foregoing verified claim. I verify and declare under penalty of perjury under the laws of the United States of America: (1) that the foregoing is true and correct; and (2) that I have been authorized by Edge Capital Investments, Ltd. to execute this verification on its behalf. Executed this 15 day of April 2021, in East Sussex, United Kingdom.

_____
Evatt Tamine

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2021, I filed the foregoing with the Court via its Electronic Case Filing system, which will send a notification of such filing (NEF) to all counsel of record.  On April 15, 2021, I caused the foregoing to be served on the below contact via electronic mail and via certified mail with return receipt requested, and I provided the foregoing to a process server for expedited service to the below contact.

Assistant United States Attorney Tonya Andrews
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
tonya.andrews@usdoj.gov

/s/ Branden Lewiston