IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00796-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. 121 ASH ROAD, BASALT, COLORADO,
2. APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    Defendants.

And

EDGE CAPITAL INVESTMENTS, LTD.

Claimant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Edge Capital Investments, Ltd.

    DATED at Washington, D.C. this 15th day of April 2021.

    Branden Lewiston
    Name of Attorney

    Aegis Law Group LLP
    Firm Name

    801 Pennsylvania Ave. STE 740
    Office Address

1

2

Washington, DC 20004
City, State, ZIP Code

(202) 737-3500
Telephone Number

Blewiston@aegislawgroup.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

tonya.andrews@usdoj.gov

_s/_   _Branden Lewiston_

2