# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. 1. 121 ASH ROAD, BASALT, COLORADO, 2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951, *Defendants* and EDGE CAPITAL INVESTMENTS, LTD., *Claimant.* | Civil Action No. 1:21-cv-00796-MEH  **CONSENT MOTION** |

**CLAIMANT EDGE CAPITAL INVESTMENT, LTD.'S
CONSENT MOTION TO EXTEND TIME FOR RESPONSIVE PLEADING**

Claimant Edge Capital Investments, Ltd. ("Edge") respectfully moves this Court to extend the deadline for a responsive pleading from May 6, 2021 to June 7, 2021. The Government consents to this Motion. Edge states as follows:

1. The Government filed its Verified Complaint for Forfeiture *In Rem* on March 18, 2021.

2. Edge filed its Verified Claim with respect to Defendant Approximately $77,888,782.61 Held and Frozen in Mirabaud Bank Account #509951 ("Defendant Funds") on April 15.

3. Edge's answer or Rule 12 motion is due on May 6, 2021 – that is, 21 days after it filed its Verified Claim.  *See* Supplemental Rule G(5)(b) for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. Edge requests that the deadline to answer or file a Rule 12 motion be extended to June 7, 2021.

5. The Government has advised Edge that it consents to Claimant's request.

6. This is Edge's first request for an extension of the deadline to file a responsive pleading.

Dated: May 4, 2021

Respectfully submitted,

AEGIS LAW GROUP LLP

By: /s/ Branden Lewiston
    Branden Lewiston
    801 Pennsylvania Avenue, N.W., Suite 740
    Washington, D.C.  20004
    Tel: (202) 737-3500
    Fax: (202) 735-5071
    Email: blewiston@aegislawgroup.com

*Counsel for Claimant*
*Edge Capital Investments, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2021, I filed the foregoing with the Court via its Electronic Case Filing system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Branden Lewiston

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

1. 121 ASH ROAD, BASALT, COLORADO,

2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    *Defendants*

and

EDGE CAPITAL INVESTMENTS, LTD.,

    *Claimant*.

Civil Action No. 1:21-cv-00796-MEH

## [PROPOSED] ORDER

Upon consideration of Claimant's Consent Motion To Extend Time To File a Responsive Pleading, it is hereby:

    **ORDERED** that that Claimant's Motion is **GRANTED**, and

    **ORDERED** that the deadline for Claimant to file an answer or Rule 12 motion is now **June 7, 2021**.

    **IT IS SO ORDERED**.

May __, 2021                                                            _____