IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     121 ASH ROAD, BASALT, COLORADO, and

2.     APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    *In Rem* Defendants,

and

EDGE CAPITAL INVESTMENTS, LTD.,

    Claimant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 4, 2021.**

    For good cause shown, Claimant's Consent Motion to Extend Time for Responsive Pleading [filed May 4, 2021; ECF 9] is **granted**. Claimant Edge Capital Investments, Ltd. shall file its answer or other responsive pleading on or before **June 7, 2021**.