IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  121 ASH ROAD, BASALT, COLORADO,
2.  APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

  Defendants.

## NOTICE OF COMPLAINT FOR FORFEITURE

YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Verified Complaint for Forfeiture In Rem* ("Verified Complaint"), seeking forfeiture of the above defendant assets. (Doc. 1).

If you wish to contest the forfeiture and assert an interest in any of the defendant assets, you must file a Claim with the Court by June 10, 2021. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

  (1) identify the specific property claimed;

  (2) identify the claimant and state the claimant's interest in the property; and

  (3) be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the assets in this case by sending documentation to the Internal Revenue Service-Criminal Investigation, you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States magistrate judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than: (1) seven days before the scheduling conference, if any, or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier. (Doc. 4).

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 6th day of May 2021.

    Respectfully submitted,

    MATTHEW T. KIRSCH
    Acting United States Attorney

    By: *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: tonya.andrews@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of May 2021, true copies of the *Notice of Complaint for Forfeiture*, *Verified Complaint for Forfeiture In Rem*, and Magistrate Judge Consent Form with Instructions, were mailed via regular and Certified Mail to:

Henke Property, LLC
Registered Agent: Carl B. Linnecke
215 S. Monarch Street, Suite 101
Aspen, CO 81611
**Cert No. 7020 0640 0002 1340 2658**

Henke Holdings, LLC
Registered Agent: Carl B. Linnecke
215 S. Monarch Street, Suite 101
Aspen, CO 81611
**Cert No. 7020 0640 0002 1340 2665**

Robert T. Brockman
3465 Overbrook Lane
Houston, TX 77027
**Cert No. 7020 0640 0002 1340 2672**

Dorothy Brockman
3465 Overbrook Lane
Houston, TX 77027
**Cert No. 7020 0640 0002 1340 2689**

Jones Day
Attn: Kathryn Keneally
250 Vesey Street
New York, NY 10281
**Cert No. 7020 0640 0002 1340 2696**
Counsel for Robert T. Brockman

Padula Law Firm
Attn: Michael Padula
Courvoisier Centre II
601 Brickell Key Drive, Suite 700
Miami, FL 33131
**Cert No. 7020 0640 0002 1340 2702**
Counsel for Evatt Tamine

                                              s/ *Jasmine Zachariah*
                                                FSA Data Analyst
                                                U.S. Attorney's Office