# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:21-cv-00796-MEH |
| 1. 121 ASH ROAD, BASALT, COLORADO, | |
| 2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951, | **CONSENT MOTION** |
| *Defendants* | |
| and | |
| EDGE CAPITAL INVESTMENTS, LTD., | |
| *Claimant.* | |

## CLAIMANT EDGE CAPITAL INVESTMENT, LTD.'S
## CONSENT MOTION TO EXTEND TIME FOR RESPONSIVE PLEADING

Claimant Edge Capital Investments, Ltd. ("Edge") respectfully moves this Court to extend the deadline for a responsive pleading from June 7, 2021 to July 7, 2021. The Government consents to this Motion. Edge states as follows:

1. The Government filed its Verified Complaint for Forfeiture *In Rem* on March 18, 2021.

2. Edge filed its Verified Claim with respect to Defendant Approximately $77,888,782.61 Held and Frozen in Mirabaud Bank Account #509951 ("Defendant Funds") on April 15.

3. Edge's initial responsive pleading deadline was May 6, 2021.  The Court granted Edge's first Consent Motion to Extend Time for Responsive Pleadings and set the current deadline of June 7, 2021.  ECF No. 10.

4. Edge requests that the deadline to answer or file a Rule 12 motion be extended to July 7, 2021.

5. The Government has advised Edge that it consents to Claimant's request.

6. This is Edge's second request for an extension of the deadline to file a responsive pleading.

Dated: June 7, 2021

Respectfully submitted,

AEGIS LAW GROUP LLP

By: /s/ Branden Lewiston
    Branden Lewiston
    801 Pennsylvania Avenue, N.W., Suite 740
    Washington, D.C.  20004
    Tel: (202) 737-3500
    Fax: (202) 735-5071
    Email: blewiston@aegislawgroup.com

*Counsel for Claimant*
*Edge Capital Investments, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, I filed the foregoing with the Court via its Electronic Case Filing system, which will send a notification of such filing (NEF) to all counsel of record.

                                                              /s/ Branden Lewiston

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>1. 121 ASH ROAD, BASALT, COLORADO,<br><br>2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,<br><br>*Defendants*<br><br>and<br><br>EDGE CAPITAL INVESTMENTS, LTD.,<br><br>*Claimant.* | Civil Action No. 1:21-cv-00796-MEH |

**[PROPOSED] ORDER**

Upon consideration of Claimant's Consent Motion To Extend Time To File a Responsive Pleading, it is hereby:

**ORDERED** that that Claimant's Motion is **GRANTED**, and

**ORDERED** that the deadline for Claimant to file an answer or Rule 12 motion is now **July 7, 2021**.

**IT IS SO ORDERED**.

May __, 2021                                          _____