IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,
                Plaintiff

v.

121 ASH ROAD, BASALT, COLORADO
                Defendant

---

## NOTICE OF CLAIM

---

True owner Henke Property LLC ("Henke"), a Colorado Corporation, respectfully submits this Notice of Claim for the real property defendant 121 Ash Road, Basalt, Colorado ("121 Ash Road") and states as follows:

121 Ash Road is real property located in Basalt, Colorado and is a privately owned ranch on the Frying Pan River, in Basalt, Colorado. The legal description of 121 Ash Road is set out in Exhibit A to the government's Verified Complaint for Forfeiture *In Rem*. Exhibit A is incorporated here by reference and a copy is attached hereto for convenience. The property was purchased by Henke, a Colorado limited liability corporation, in December 2010 and a Special Warranty Deed was filed in Eagle County, Colorado, on December 28, 2010, reflecting Henke's ownership interests in 121 Ash Road. The Special Warranty deed is attached hereto as Exhibit B.

On May 10, 2021, the Government served Henke with its Notice of Complaint and Forfeiture and Verified Complaint for Forfeiture *In Rem* in the above captioned matter. The notice gave Henke until June 10, 2021, to file its claim.

Henke hereby gives notice that it is the rightful owner of 121 Ash Road, as evidenced by Exhibits A and B.  Henke intends to file an answer to the Verified Complaint within 21 days of filing this notice.  The claim is verified under penalty of perjury by Henke's Authorized Representative, Carl B. Linnecke.  Mr. Linnecke's Declaration is attached hereto as Exhibit C.

Respectfully submitted this 9th day of June, 2021.

King & Spalding LLP

*/s/ Cliff Stricklin*

Cliff Stricklin
1401 Lawrence Street
Suite 1900
Denver, Colorado 80202
Phone (720) 535-2327
cstricklin@kslaw.com

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on June 9, 2021, a true and correct copy of the foregoing Notice of Claim was filed with the Clerk of Court using the CM/ECF system, which will service such filing on the following:

Tonya S. Andrews
Assistant U.S. Attorney
Chief, Asset Recovery Section
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Tonya.Andrews@usdoj.gov
*Attorney for United States of America.*

                                            */s/ Stephanie Tafoya*
                                            Stephanie Tafoya