```
                                              EAGLE COUNTY, CO 201026240
                                              TEAK J SIMONTON
                                              Pgs: 7  01:38:25PM 12/28/2010
                                              REC: $ $41.00 DOC: $ $500.00
```

df 500⁰⁰

# EXHIBIT B

## SPECIAL WARRANTY DEED

THIS DEED, Made December 28, 2010

Between LYNDE BRADLEY UIHLEIN 1986 DECLARATION OF TRUST now known as the LYNDE B. UIHLEIN 2001 RESTATED REVOCABLE TRUST

of the County of Milwaukee and State of Wisconsin,
**GRANTOR,** and

HENKE PROPERTY LLC, a Colorado limited liability company

whose legal address is: c/o Regency Management Ltd., 3rd Floor, Qwomar Complex, P. O. Box 765, Road Town, Tortola, British Virgin Islands,
**GRANTEE**

  **WITNESSETH,** That the said Grantor, for and in consideration of the sum of Ten dollars and other good and valuable considerations, to the said Grantor, in hand paid by the said Grantee, the receipt whereof is hereby confessed and acknowledged, has granted, bargained, sold and conveyed and by these presents do grant, bargain, sell, convey and confirm unto the said Grantee, its successors and assigns forever, all the following described lots or parcel of land, situate, lying and being in the County of Eagle and State of Colorado, to wit:

See Attached Exhibit "A"

  **TOGETHER** with all and singular the hereditaments and appurtenances there-unto belonging, or in anywise appertaining, and the reservation and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever, of the said Grantor, either in law or equity, of, in, and to the above bargained premises, with the hereditaments and appurtenances;
  **TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the said Grantee, its successors and assigns forever. And the said Grantor for itself, its heirs, executors and administrators, does covenant, grant, bargain and agree to and with the said Grantee, its successors and assigns, the above bargained premises in the quiet and peaceable possession of said Grantee, its successors and assigns, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, by, through or under the said Grantor, except with respect to those matters as set forth on Exhibit "B" attached hereto and incorporated herein by this reference, to **WARRANT AND FOREVER DEFEND.** The singular shall include the plural, the plural the singular, and the use of gender shall be applicable to all genders.

*[SIGNATURE PAGE FOLLOWS]*

IN WITNESS WHEREOF, Grantor has executed this Special Warranty Deed as of the date first written above.

GRANTOR:

The LYNDE BRADLEY UIHLEIN 1986 DECLARATION OF TRUST now known as the LYNDE B. UIHLEIN 2001 RESTATED REVOCABLE TRUST

By: _____
Lynde B. Uihlein, Grantor and Initial Trustee


STATE OF WISCONSIN        )
                          ) ss.
COUNTY OF MILWAUKEE       )


The foregoing instrument was acknowledged before me this 23rd day of December, 2010, by Lynde B. Uihlein as Grantor and Initial Trustee of The LYNDE BRADLEY UIHLEIN 1986 DECLARATION OF TRUST now known as the LYNDE B. UIHLEIN 2001 RESTATED REVOCABLE TRUST, as Grantor.

WITNESS my hand and official seal.
[SEAL]

_____
Notary Public
My commission expires: 3-6-11

QB\12054893.4

## EXHIBIT A

Legal Description

PARCEL A:

A parcel of land situated in the NE1/4 of Section 9 and the NW1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Northerly of the centerline of County Road No. 104; said parcel being more particularly described as follows:

Commencing at the Northwest corner of said Section 10, a stone in place;
thence S 69°59'14" E a distance of 1906.06 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of the centerline of an existing road as constructed and in place, the TRUE POINT OF BEGINNING;
thence S 15°35'23" W a distance of 1048.17 feet to a point on the centerline of County Road No. 104; thence the following eight (8) courses along the centerline of said County Road:

1). along the arc of a curve to the left having a radius of 331.45 feet, a central angle of 49°43'44" and an arc length of 287.67 feet, (chord bears S 80°43'31" W a distance of 278.73 feet);
2). S 55°51'39" W a distance of 16.47 feet;
3). along the arc of a curve to the right having a radius of 890.60 feet, a central angle of 15°00'16" and an arc length of 233.23 feet, (chord bears S 63°21'47" W a distance of 232.56 feet);
4). S 70°51'56" W a distance of 117.09 feet;
5). along the arc of a curve to the right having a radius of 337.36 feet, a central angle of 63°58'02" and an arc length of 376.64 feet, (chord bears N 77°09'03" W a distance of 357.38 feet);
6). N 45°10'02" W a distance of 194.62 feet;
7). along the arc of a curve to the left having a radius of 2050.00 feet, a central angle of 18°37'07" and an arc length of 666.16 feet, (chord bears N 54°28'36" W a distance of 663.23 feet);
8). N 63°47'09" W a distance of 488.93 feet; thence leaving said centerline N 26°12'51" E a distance of 180.00 feet to a rebar and cap L.S. #19598 in place; thence S 89°11'56" E a distance of 217.03 feet to a rebar and cap L.S. #19598 in place; thence S 69°43'20" E a distance of 389.54 feet to a rebar and cap L.S. #19598 in place; thence S 41°33'43" E a distance of 350.52 feet to a rebar and cap L.S. #19598 in place; thence S 50°23'02" E a distance of 337.08 feet to a rebar and cap L.S. #19598 in place; thence S 75°47'11" E a distance of 224.76 feet to a rebar and cap L.S. #19598 in place; thence N 71°54'18" E a distance of 315.48 feet to a rebar and cap L.S. #19598 in place; thence N 47°30'53" E a distance of 166.33 feet to a rebar and cap L.S. #19598 in place; thence S 84°17'50" E a distance of 196.42 feet to a rebar and cap L.S. #19598 in place; thence N 07°51'21" E a distance of 240.93 feet to a rebar and cap L.S. #19598 in place; thence N 32°39'53" E a distance of 516.83 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of an existing road as constructed and in place; thence along
said Southerly line N 57°43'49" E a distance of 61.39 feet to the TRUE
POINT OF BEGINNING.

PARCEL B:

A parcel of land situated in the NW1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Northerly of the centerline of County Road No. 104; said parcel being more particularly described as follows:

Commencing at the Northwest corner of said Section 10, a stone in place;
thence S 84°18'45" E a distance of 2212.88 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of the centerline of an existing road as constructed and in place, the TRUE POINT OF BEGINNING;
thence the following three (3) courses along a line being 25.00 feet
Southerly and parallel to, the centerline of said road:

1). along the arc of a curve to the right having a radius of 106.24 feet, a central angle of 62°43'54" and an arc length of 116.32 feet, (chord bears S 42°43'23" E a distance of 110.59 feet);
2). S 11°21'26" E a distance of 140.83 feet;
3). S 15°29'58" E a distance of 15.10 feet; thence leaving said Southerly line S 19°38'30" E a distance of 998.47 feet to the North center sixteenth corner of said Section 10, a rebar and cap L.S. #19598 in place; thence S 00°04'58" E a distance of 310.92 feet to the centerline of County Road No. 104 as constructed and in place; thence the following three (3) courses along said centerline:

1). along the arc of a curve to the left having a radius of 543.38 feet, a central angle of 60°55'28" and an arc length of 577.79 feet, (chord bears S 86°49'45" W a distance of 550.95 feet);
2). along the arc of a curve to the right having a radius of 407.49 feet, a central angle of 71°20'10" and an arc length of 507.34 feet, (chord bears N 87°57'54" W a distance of 475.20 feet;
3). along the arc of a curve to the left having a radius of 331.45 feet, a central angle of 22°06'48" and an arc length of 127.92 feet, (chord bears N 63°21'13" W a distance of 127.13 feet); thence N 15°35'23" E a distance of 1048.17 feet to a rebar and cap L.S. #19598 in place lying 25.00 feet Southerly of an existing road as constructed and in place; thence the following seven (7) courses along a line being 25.00 feet Southerly of and parallel to the centerline of said road:

1). N 57°43'49" E a distance of 5.43 feet;
2). N 34°03'52" E a distance of 71.35 feet;
3). N 29°32'41" E a distance of 305.24 feet;
4). N 45°00'54" E a distance of 150.48 feet;
5). N 36°37'19" E a distance of 37.05 feet;
6). S 69°45'40" E a distance of 73.22 feet;
7).    S 74°05'19" E a distance of 22.64 feet to the TRUE POINT OF
BEGINNING.

PARCEL C:

A parcel of land situated in the NE1/4 of Section 9 and the NW1/4 of Section 10, Township 8 South, Range 85 West of the Sixth Principal Meridian, County of Eagle, State of Colorado, lying Southerly of the centerline of County Road No. 104; said parcel is more particularly described as follows:

Commencing at the East Quarter Corner of said Section 9, a G.L.O. Brass Cap in place, the TRUE POINT OF BEGINNING; thence N 88°19'54" W a distance of 1324.37 feet to the

A-2

Southwest corner of the SE1/4NE1/4 of said Section 9, a rebar and cap L.S. #19598 in place; thence N 00°00'18" E a distance of 1319.18 to the Northwest corner of said SE1/4NE1/4, also being a point on the Southerly line of Peachblow P.U.D., a rebar and cap L.S. #10732 in place; thence S 88°19'15" E a distance of 419.92 feet to the Southeast corner of said Peachblow P.U.D., a rebar and cap L.S. #10732 in place; thence N 53°10'43" E 202.00 feet to the Northeast corner of said Peachblow P.U.D. also being a point in the centerline of the Frying Pan River (from whence a rebar a cap L.S. #19598 bears S 53°06'45" W a distance of 64.12 feet for the witness corner); thence the following five (5) courses along the centerline of said river:

1). S 51°13'37" E a distance of 78.44 feet;
2). S 79°20'12" E a distance of 236.39 feet;
3). S 84°09'41" E a distance of 153.59 feet;
4). S 67°57'30" E a distance of 187.41 feet;
5). S 66°23'12" E a distance of 132.18 feet; thence leaving said centerline N 00°03'17" W a distance of 79.00 feet to the centerline of County Road No. 104, thence the following nine (9) courses along said centerline:

1). along the arc of a curve to the right having a radius of 2050.00 feet, a central angle of 14°38'22" and an arc length of 523.79 feet, (chord bears S 52°29'13" E a distance of 522.35 feet);
2). S 45°10'02" E a distance of 194.62 feet;
3). along the arc of a curve to the left having a radius of 337.36 feet, a central angle of 63°58'02" and an arc length of 376.64 feet, (chord bears S 77°09'03" E a distance of 357.38 feet);
4). N 70°51'56" E a distance of 117.09 feet;
5). along the arc of a curve to the left having a radius of 890.60 feet, a central angle of 15°00'16" and an arc length of 233.23 feet, (chord bears N 63°21'47" E a distance of 232.56 feet);
6). N 55°51'39" E a distance of 16.47 feet;
7). along the arc of a curve to the right having a radius of 331.44 feet, a central angle of 71°50'31" and an arc length of 415.59 feet, (chord bears S 88°13'05" E a distance of 388.90 feet);
8). along the arc of a curve to the left having a radius of 407.49 feet, a central angle of 71°20'10" and an arc length of 507.34 feet, (chord bears S 87°57'54" E a distance of 475.20 feet);
9). along the arc of a curve to the right having a radius of 543.38 feet, a central angle of 60°55'28" and an arc length of 577.79 feet, (chord bears N 86°49'45" E a distance of 550.95 feet) to a point on the North-South centerline of Section 10; thence leaving the centerline of said road, S 00°04'58" E along the North-South centerline of said Section 10 a distance of 1007.87 feet to the center of said Section 10, a #5 rebar in place; thence N 88°21'57" W along the East-West centerline of Section 10 a distance 2647.94 feet to the TRUE POINT OF BEGINNING.

Together with a non-exclusive right of way for ingress and egress across the presently existing roadway known as Ash Road as shown on the Plat for Peachblow PUD Subdivision located in the N1/2N1/2 Sec 9, T 8 S, R 85 W of the 6th P.M. as recorded in Book 257 at Page 362. Said easement to provide access from Eagle County Road P-104 to the North Boundary line of the Peachblow PUD Subdivision.

A-3

## EXHIBIT B

1. Taxes for the year 2010 not yet due or payable.

2. Right of the proprietor of a vein or lode to extract or remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted as reserved in United States Patents recorded May 4, 1897 in Book 48 at Page 449, January 11, 1896 in Book 48 at Page 459 and February 18, 1902 in Book 48 at Page 487.

3. Right of way for ditches or canals constructed by the authority of the United States, as reserved in United States Patent recorded February 18, 1902 in Book 48 at Page 487.

4. Right of way for the uninterrupted flow of the Frying Pan River as shown on the Survey by Scarrow & Walker, Incorporated dated December 17, 2010. (Affects Parcel C)

5. Right of way for County Road No. 104 as shown on the survey by Scarrow & Walker, Incorporated dated December 17, 2010 and right of way for State Highway No. 104 as reserved in Deed from Eagle County to Alfred M. Sloss and Alvin J. Sloss recorded in Book 127 at Page 517 and Dedication of Easement and right of way for County Road No. 104 to the County of Eagle as set forth in instrument recorded November 2, 1993 in Book 623 at Page 701.

6. Easement and right of way for an electric transmission or distribution line or system, as granted to Holy Cross Electric Association, Inc., in instrument recorded November 17, 1977 in Book 262 at Page 406, shown on the survey dated December 17, 2010 by Scarrow & Walker, Incorporated.

7. Easement granted to Public Service Company of Colorado for access purposes in instrument recorded December 16, 1982 in Book 350 at Page 576, shown on the survey dated December 17, 2010 by Scarrow & Walker, Incorporated.

8. Terms, conditions, provisions and obligations as set forth in Findings and Order Concerning the Inclusion of Lands in the Basalt Water Conservancy District, recorded June 16, 1992 in Book 582 at Page 482.

9. Reserving a non-exclusive access easement as set forth in deeds recorded December 31, 1987 in Book 476 at Page 430 and in Book 476 at Page 431, as shown on the Survey dated December 17, 2010 by Scarrow & Walker, Incorporated.

10. Non-exclusive right-of-way for ingress and egress and egress across the presently existing roadway known as Ash Road as shown on the Plat for Peachblow PUD Subdivision recorded July 13, 1977 in Book 257 at Page 362 also as shown on the Survey dated December 17, 2010 by Scarrow & Walker, Incorporated.

11. Any question, dispute or adverse claim as to any loss or gain of land as a result of

any change in the river bed location by other than natural causes, or alteration through accretion, reliction, erosion or avulsion of the center thread, bank, channel or flow of waters in the Frying Pan River lying within subject land; and any question as to the location of such center thread, bed, bank, bed or channel as a legal description monument or marker for the purposes of describing or locating subject lands.

NOTE: There are no documents in the land records of the Office of the Clerk and Recorder of Pitkin County, Colorado accurately locating past or present location(s) of the center thread, bank, bed, or channel of the above River or indicating any alterations of the same as from time to time may have occurred.

AND

Any rights, interest or easements in favor of the riparian owners, the State of Colorado, The United States of America, or the general public, which exist, have existed, or are claimed to exist in and over the waters and present and past bed and banks of the Frying Pan River.

12. Terms, conditions, provisions and obligations as set forth in Deed of Conservation Easement in Gross recorded December 29, 2008 as Reception No. 200827193.