EXHIBIT C

## DECLARATION OF CARL B. LINNECKE
### AUTHORIZED REPRESENTATIVE OF HENKE PROPERTY LLC

My name is Carl B. Linnecke. I am a CPA whose work address is 215 S. Monarch Street, Suite 101, Aspen, Colorado. I am also the authorized representative of Henke Property LLC. I have reviewed the forgoing Notice of Claim, including Attachments A & B, and I attest and declare under penalty of perjury that this claim is not frivolous and the information provided in support of this claim is true and correct to the best of my knowledge and belief.

Dated the __8th__ day of June, 2021.

HENKE PROPERTY LLC

By: Carl B. Linnecke
Authorized Representative

WORKAMER\32061\720001\38757577.v1-6/7/21