IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    121 ASH ROAD, BASALT, COLORADO,
2.    APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

      Defendants.

---

### NOTICE OF COMPLAINT FOR FORFEITURE

---

YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Verified Complaint for Forfeiture In Rem* ("Verified Complaint"), seeking forfeiture of the above defendant assets. (Doc. 1).

If you wish to contest the forfeiture and assert an interest in any of the defendant assets, you must file a Claim with the Court within 35 days of receipt of this Notice. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

    (1)    identify the specific property claimed;

    (2)    identify the claimant and state the claimant's interest in the property; and

    (3)    be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the assets in this case by sending documentation to the Internal Revenue Service-Criminal Investigation, you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States magistrate judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than: (1) seven days before the scheduling conference, if any, or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier. (Doc. 4).

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Tonya S. Andrews<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Ste 1600<br>Denver, Colorado 80202 |

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 17th day of June 2021.

        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

        By:  s/*Tonya S. Andrews*
        Tonya S. Andrews
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: tonya.andrews@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of June 2021, true copies of the *Notice of Complaint for Forfeiture*, *Verified Complaint for Forfeiture In Rem*, and Magistrate Judge Consent Form with Instructions, were requested to be served to the below entities and individuals in accordance with proper service for those foreign jurisdictions:

Regency Management, Ltd.
Suite 536
48 Par-la-Ville Road
Hamilton HM11
Bermuda


                                                s/ *Jasmine Zachariah*
                                                FSA Data Analyst
                                                U.S. Attorney's Office