# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:21-cv-00796-MEH |
| 1. 121 ASH ROAD, BASALT, COLORADO, | |
| 2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951, | **CONSENT MOTION** |
| *Defendants* | |
| and | |
| EDGE CAPITAL INVESTMENTS, LTD., | |
| *Claimant.* | |

### CLAIMANT EDGE CAPITAL INVESTMENT, LTD.'S
### CONSENT MOTION TO EXTEND TIME FOR RESPONSIVE PLEADING

Claimant Edge Capital Investments, Ltd. ("Edge") respectfully moves this Court to extend the deadline for a responsive pleading from July 7, 2021 to September 1, 2021. The Government consents to this Motion. Edge states as follows:

1. The Government filed its Verified Complaint for Forfeiture *In Rem* on March 18, 2021.

2. Edge filed its Verified Claim with respect to Defendant Approximately $77,888,782.61 Held and Frozen in Mirabaud Bank Account #509951 ("Defendant Funds") on April 15.

3. Edge's initial responsive pleading deadline was May 6, 2021. After the Court granted two consent motions to extend the deadline for a responsive pleading, the current deadline is July 7, 2021. ECF No. 13.

4. Edge requests that the deadline to answer or file a Rule 12 motion be extended to September 1, 2021.

5. The Government has advised Edge that it consents to Claimant's request.

Dated: July 7, 2021

Respectfully submitted,

AEGIS LAW GROUP LLP

By: /s/ Branden Lewiston
    Branden Lewiston
    801 Pennsylvania Avenue, N.W., Suite 740
    Washington, D.C. 20004
    Tel: (202) 737-3500
    Fax: (202) 735-5071
    Email: blewiston@aegislawgroup.com

*Counsel for Claimant*
*Edge Capital Investments, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, I filed the foregoing with the Court via its Electronic Case Filing system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Branden Lewiston

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　*Plaintiff*,<br><br>　v.<br><br>1. 121 ASH ROAD, BASALT, COLORADO,<br><br>2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,<br><br>　　　*Defendants*<br><br>and<br><br>EDGE CAPITAL INVESTMENTS, LTD.,<br><br>　　　*Claimant*. | Civil Action No. 1:21-cv-00796-MEH |

**[PROPOSED] ORDER**

Upon consideration of Claimant's Consent Motion To Extend Time To File a Responsive Pleading, it is hereby:

　　**ORDERED** that that Claimant's Motion is **GRANTED**, and

　　**ORDERED** that the deadline for Claimant to file an answer or Rule 12 motion is now **September 1, 2021**.

　　**IT IS SO ORDERED**.

July __, 2021　　　　　　　　　　　　　　　　_____