IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    121 ASH ROAD, BASALT, COLORADO, and

2.    APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    *In Rem* Defendants,

and

EDGE CAPITAL INVESTMENTS LTD.,
HENKE PROPERTY LLC,

    Claimants.

___

### MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 12, 2021.**

    Before the Court is Plaintiff's Complaint for Forfeiture (ECF 16); the Answer (ECF 17) and Statement of Claim (ECF 14) filed by Claimant Henke Property LLC; and the Statement of Claim (ECF 5) filed by Claimant Edge Capital Investments Ltd.

    A Status Conference is **scheduled** for **September 21, 2021** at **11:00 a.m**. in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street in Denver, Colorado. The parties shall be prepared to discuss the status of the case and whether scheduling discovery is necessary.

    The parties shall file the magistrate consent form (ECF 3) on or before **September 15, 2021**.

    Pro se litigants and counsel whose offices are located outside the Denver metropolitan area or who cannot reasonably make a personal appearance may appear remotely. Please contact Chambers at (303) 844-4507 two business days beforehand if there is need to appear remotely.