IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. 121 ASH ROAD, BASALT, COLORADO,
2. APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

  Defendants.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To: The clerk of court and all parties of record

  I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

 DATED at Denver, Colorado this 21st day of September 2021.

       Respectfully submitted,

       MATTHEW T. KIRSCH
       Acting United States Attorney

       s/ *Laura B. Hurd*
       Laura B. Hurd
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: 303-454-0100
       Fax: 303-454-0405
       Email: laura.hurd@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Jasmine Zachariah*
FSA Data Analyst
Office of the U.S. Attorney