IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:   21-cv-796-MEH | Date:   September 21, 2021 |
| Courtroom Deputy:   Monique Ortiz | FTR:   A 501 |

*Parties:*  *Counsel:*

USA,  Laura Beth Hurd
 Tonya Shotwell Andrews
    Plaintiff,

v.

121 ASH ROAD, BASALT, COLORADO, et al.,

    Defendant.

EDGE CAPITAL INVESTMENTS, LTD., and   Branden D. Lewiston (by phone)
HENKE PROPERTY LLC   Clifford B. Stricklin

---

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**     11:00 a.m.

Court calls case.   Appearances of counsel.

This matter is before the court regarding the status of the case.

Counsel for the government updates the court on the related criminal litigation matter and how that may impact this matter.

Mr. Stricklin states that Defendant's preference is that the court set a Scheduling Conference.

For the reasons stated on the record, it is:

**ORDERED:**   A Scheduling Conference is set for **October 4, 2021 at 10:00 a.m.** before Magistrate Judge Hegarty in courtroom A501.   Parties shall file a Proposed Scheduling Order one week in advance of the Scheduling Conference.


**Court in recess:**     11:10 a.m.          Hearing concluded.

Total in-court time:     0:10

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.