IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     121 ASH ROAD, BASALT, COLORADO, and

2.     APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN
MIRABAUD BANK ACCOUNT #509951,

     *In Rem* Defendants,

and

EDGE CAPITAL INVESTMENTS LTD.,
HENKE PROPERTY LLC,

     Claimants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 23, 2021.**

Due to a conflict in the Court's calendar, the Fed. R. Civ. P. 16(b) Scheduling Conference currently set for October 4, 2021 is **reset** to **October 13, 2021** at **11:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

If this date is not convenient, the parties shall confer and contact my Chambers by email to obtain an alternate date. All parties must be copied on the email if they agree to change the conference date; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

It is further ORDERED that counsel for Plaintiff and Claimant Henke Property LLC shall file their proposed Scheduling Order on or before **October 6, 2021.**

**The proposed Scheduling Order is also to be submitted in editable Word format by email to Magistrate Judge Hegarty at *hegarty_chambers@cod.uscourts.gov*.**