IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

                Plaintiff

   v.

121 ASH ROAD, BASALT, COLORADO

                Defendant

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>Henke Property LLC</u>

DATED this 7th day of October 2021.

King & Spalding LLP

*/s/ Blythe Kochsiek*

Blythe Kochsiek
633 W. Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4355
*bkochsiek@kslaw.com*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on this 7th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send to all counsel of record.

<u>/s/ Blythe Kochsiek</u>

2