IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 21-cv-796-MEH | Date: | October 13, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*                                                                  *Counsel:*

UNITED STATES OF AMERICA,                           Laura Hurd
                                                                              Tonya Andrews
    Plaintiff,

v.

121 ASH ROAD, BASALT, COLORADO,                Clifford Stricklin
APPROXIMATELY $77,888,782.61 HELD AND     Branden Lewiston (by phone)
FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**     10:54 a.m.

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Fact Discovery Deadline:** August 15, 2022
**Expert Discovery Deadline:** November 1, 2022
**Dispositive Motion Deadline:** December 1, 2022
**Initial Rule 26(a)(2) Disclosures:** August 15, 2022
**Rebuttal Rule 26(a)(2) Disclosures:** September 15, 2022

**Status Conference:**   July 11, 2022 at 11:15 a.m. before United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse.

**Court in recess:**     11:13 a.m.     (Hearing concluded)
**Total time in Court:** 00:19

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.