IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

                      Plaintiff

    v.

121 ASH ROAD, BASALT, COLORADO

                      Defendant

---

HENKE PROPERTY LLC'S AMENDED RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES

---

## AMENDED RESPONSES TO SPECIAL INTERROGATORIES

SPECIAL INTERROGATORY NO. 1

    Identify all members, managers, and directors of Henke Property LLC from the date of formation to the date of the filing Henke Property LLC's claim on June 9, 2021.

RESPONSE TO SPECIAL INTERROGATORY NO. 1

    Henke Holdings LLC (member and manager); and Regency Management Ltd. (member and director).

SPECIAL INTERROGATORY NO. 2

    Identify all members, managers, directors, and individual(s) who have authority to make legally and binding decisions for Henke Property LLC from the date of Henke



Property LLC's formation to the date of the filing of Henke Property LLC's Claim on June 9, 2021.

RESPONSE TO SPECIAL INTERROGATORY NO. 2

Henke Holdings LLC; Regency Management Ltd.; Carl Linnecke; Peter Poole; and Evatt Tamine.

SPECIAL INTERROGATORY NO. 3

Identify the basis for Carl Linnecke's authority to represent Claimant Henke Property LLC in this matter as the authorized representative, including any and all individuals who authorized such representation, the date on which such representation was authorized; and identify any agreement, writing, or other document memorializing Carl Linnecke's authority.  If Carl Linnecke's authority to serve as authorized representative for Henke Property LLC was authorized by another entity or entities, please identify the authorized individual representative(s) of each entity, the date on which Carl Linnecke's authority was authorized; and identify any agreement, writing, or other document memorializing Carl Linnecke's authority.

RESPONSE TO SPECIAL INTERROGATORY NO. 3

Henke Property LLC objects that this Interrogatory exceeds the scope of discovery permitted under Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, in that it does not relate to Henke Property LLC's identity or relationship to 121 Ash Road.  Henke Property LLC also objects that this Interrogatory is duplicative of Interrogatory No. 2.  Subject to and without waiving the foregoing objections, Henke Property LLC responds as follows:  On February 25, 2013, Henke Holdings LLC, acting as the sole member of Henke Property LLC, appointed Carl

Linnecke as agent for Henke Property LLC for the purpose of managing, operating, and developing real properties owned by Henke Property LLC and located in the State of Colorado, with the authority to take such action with respect thereto as he shall determine to be in the best interest of Henke Property LLC. This authority is reflected in the Appointment of Agent document dated February 25, 2013 and executed by Evatt Tamine as Manager for Henke Holdings LLC, as sole Member of Henke Property LLC.

SPECIAL INTERROGATORY NO. 4

Identify the provision(s) of Claimant Henke Property LLC's operating agreement that authorizes Carl Linnecke to serve as authorized representative, including the date of the operating agreement, and the identity of all signatories to the operating agreement.

RESPONSE TO SPECIAL INTERROGATORY NO. 4

Henke Property LLC objects that this Interrogatory exceeds the scope of discovery permitted under Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, in that it does not relate to Henke Property LLC's identity or relationship to 121 Ash Road. Henke Property LLC also objects that this Interrogatory is duplicative of Interrogatory No. 2.

SPECIAL INTERROGATORY NO. 5

Identify all titles and roles Carl Linnecke has held in relation to Henke Property LLC, including the date(s) upon which such title or role was acquired, and any duties, responsibilities, and remuneration received in relation to such duties or roles.

RESPONSE TO SPECIAL INTERROGATORY NO. 5

Henke Property LLC objects that this Interrogatory exceeds the scope of discovery permitted under Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims

and Asset Forfeiture Actions, in that it does not relate to Henke Property LLC's identity or relationship to 121 Ash Road. Henke Property LLC also objects that this Interrogatory is duplicative of Interrogatory No. 2.

SPECIAL INTERROGATORY NO. 6

Identify any individual(s) who authorized the purchase of 121 Ash Road, Basalt, Colorado for Henke Property LLC, and the provision(s) of any operating agreement that authorized the individual(s) to purchase the property for Henke Property LLC, the date of the operating agreement, and the identity of all signatories to the operating agreement.

RESPONSE TO SPECIAL INTERROGATORY NO. 6

Henke Property LLC objects that this Interrogatory exceeds the scope of discovery permitted under Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, in that it does not relate to Henke Property LLC's identity or relationship to 121 Ash Road. Henke Property LLC also objects that this Interrogatory is duplicative of Interrogatory Nos. 1 and 2. Subject to and without waiving the foregoing objections, Henke Property LLC responds as follows: Henke Property LLC purchased 121 Ash Road. Henke Holdings LLC, through its manager Peter Poole, gave direction relating to the purchase of 121 Ash Road. Evatt Tamine also gave direction relating to the purchase of 121 Ash Road. The Operating Agreement of Henke Property LLC provides that management of Henke Property LLC shall be vested in the manager, Henke Holdings LLC (Article 4.1), and that Henke Holdings LLC shall be an agent for Henke Property LLC (Article 4.2). The Operating Agreement is dated September 2005 and was executed by Peter Poole as Manager for Henke Holdings LLC (as sole Member of Henke Property LLC).

DATED this __26__ th day of October 2021.

                                           King & Spalding LLP

                                           */s/ Cliff Stricklin*

                                           Cliff Stricklin
                                           1401 Lawrence Street
                                           Suite 1900
                                           Denver, Colorado 80202
                                           Phone (720) 535-2327
                                           cstricklin@kslaw.com

## **VERIFICATION**

I, Carl B. Linnecke, authorized representative of Henke Property LLC, hereby verify and declare under penalty of perjury that I have read the foregoing Amended Responses to Special Interrogatories of Henke Property LLC and know the contents thereof, and that the matters contained therein are true to the best of my knowledge, information, and belief.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated the  26  day of October, 2021.

                                                HENKE PROPERTY LLC

                                                *Carl B Linnecke*
                                                _____
                                                By: Carl B. Linnecke
                                                      Authorized Representative

## CERTIFICATE OF MAILING

I hereby certify that on this 29th day of October, 2021, a true copy of the foregoing **HENKE PROPERTY LLC'S AMENDED RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES** was sent via email to:

Tonya S. Andrews
Assistant U.S. Attorney
Chief, Asset Recovery Section
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Tonya.Andrews@usdoj.gov
*Attorney for United States of America.*

/s/   *Cliff Stricklin*