APPOINTMENT OF AGENT

WHEREAS, Henke Property LLC, a Colorado limited liability company (the "Company"), is the owner of real properties located in the State of Colorado (collectively, the "Properties"); and

WHEREAS, Henke Holdings LLC, a Colorado limited liability company ("Henke Holdings"), is the sole member of the Company; and

WHEREAS, the Company desires hereby to appoint Carl B. Linnecke, with an office located at 215 South Monarch Street, Suite 101, Aspen, Colorado 811611, as agent of the Company, with authority to manage, operate and develop the Properties.

APPOINTMENT:

NOW, THEREFORE, BE IT RESOLVED that Henke Holdings, acting as the sole member of the Company, hereby appoints Carl B. Linnecke (the "Agent"), as agent for the Company for the purpose of managing, operating and developing the Properties, with the authority to take such action with respect thereto as he shall determine to be in the best interest of the Company, including, without limitation, the authority to execute such contracts, agreements and other instruments and documents as he may deem necessary or appropriate in connection with the management, operation and/or development of the Properties; provided, however, the authority granted to Agent hereunder shall not include the authority to sell, transfer, mortgage or take any other action affecting title to any of the Properties.

The appointment of Agent contained herein shall remain in effect until revoked by an instrument of revocation executed by the Company and filed for record with the County Clerk of Pitkin County, Colorado.

EXECUTED this 25th day of February, 2013.

                HENKE PROPERTY LLC, a
                Colorado limited liability company

                By:   HENKE HOLDINGS LLC, a
                      Colorado limited liability company,
                      its sole Member

                By:   */s/ Evatt Tamine*
                      Evatt Tamine, Manager



GOVERNMENT EXHIBIT 3
21-CV-00796-MEH