## FIRST AMENDMENT TO APPOINTMENT OF AGENT

WHEREAS, by Appointment of Agent dated February 25, 2013 (the "Appointment"), a copy of which is attached hereto as <u>Exhibit A</u>, by reference made a part hereof, Henke Property LLC, a Colorado limited liability company (the "Company"), appointed Carl B. Linnecke as its agent (the "Agent") for the purpose of managing, operating and developing properties owned by the Company in the State of Colorado, including authority to executed such contracts, agreements and other instruments and documents as he may deem necessary or appropriate in connection therewith, excluding authority to sell, transfer, mortgage or take any action affecting title to any of the Properties; and

WHEREAS, the Company desires hereby to amend the Appointment for the purposes of authorizing Agent to execute, on behalf of the Company, the following documents relating to the annexation of Lot 11, Ranch Creek Planned Unit Development Subdivision located in Garfield County, Colorado (the "Lot"), into the Ranch at Roaring Fork, together with such other documents as Agent may deem necessary or appropriate in connection therewith (collectively, the "Annexation Documents"):

(a)   Termination Agreement, relating, among other things, to the termination of the Declaration of Protective Covenants for Ranch Creek Planned Unit Development Subdivision, Garfield County, Colorado, recorded in the Public Records of Garfield County, Colorado, on February 16, 2001, at Reception No. 576170; and

(b)   Supplementary Declaration and Amendment, relating, among other things, to the annexation of the Lot into the Ranch at Roaring Fork community.

## AMENDMENT

NOW, THEREFORE, BE IT RESOLVED that the Company hereby amends the Appointment to authorize the execution and delivery of the Annexation Documents by the Agent on behalf of the Company.

EXECUTED this 15th day of September, 2014.

> HENKE PROPERTY LLC,
> a Colorado limited liability company
>
> By:   Henke Holdings LLC,
> a Colorado limited liability company,
> its sole Member
>
> By:   */s/ Janine*
> Evatt Tamine, Manager

Active 16837112.1                                   1



## EXHIBIT A

### APPOINTMENT OF AGENT

WHEREAS, Henke Property LLC, a Colorado limited liability company (the "Company"), is the owner of real properties located in the State of Colorado (collectively, the "Properties"); and

WHEREAS, Henke Holdings LLC, a Colorado limited liability company ("Henke Holdings"), is the sole member of the Company; and

WHEREAS, the Company desires hereby to appoint Carl B. Linnecke, with an office located at 215 South Monarch Street, Suite 101, Aspen, Colorado 811611, as agent of the Company, with authority to manage, operate and develop the Properties.

### APPOINTMENT:

NOW, THEREFORE, BE IT RESOLVED that Henke Holdings, acting as the sole member of the Company, hereby appoints Carl B. Linnecke (the "Agent"), as agent for the Company for the purpose of managing, operating and developing the Properties, with the authority to take such action with respect thereto as he shall determine to be in the best interest of the Company, including, without limitation, the authority to execute such contracts, agreements and other instruments and documents as he may deem necessary or appropriate in connection with the management, operation and/or development of the Properties; provided, however, the authority granted to Agent hereunder shall not include the authority to sell, transfer, mortgage or take any other action affecting title to any of the Properties.

The appointment of Agent contained herein shall remain in effect until revoked by an instrument of revocation executed by the Company and filed for record with the County Clerk of Pitkin County, Colorado.

EXECUTED this 25th day of February, 2013.

HENKE PROPERTY LLC, a
Colorado limited liability company

By: HENKE HOLDINGS LLC, a
Colorado limited liability company,
its sole Member

By: /s/ Janine

Evatt Tamine, Manager

Active 16837112.1                                2