IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

           Plaintiff

v.

121 ASH ROAD, BASALT, COLORADO

           Defendant

---

### HENKE PROPERTY LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S MOTION TO STRIKE

---

COMES NOW Henke Property, LLC ("Henke"), and requests that this Court enter an order extending the time to respond to the government's motion to strike pursuant to D.C.COLO.LCivR 6.1 and Fed. R. Civ. P. 6(b)(1), for good cause and on the following grounds:

**1.** On January 19, 2022, the United States filed a motion to strike the claim of Henke Property, LLC.  ECF No. 33.

**2.** Under the Local Rules, Henke's response to that motion is due 21 days from filing.  D.C.COLO.L.CivR 7.1(d).  Henke's response to the motion is therefore currently due on February 9, 2022.

**3.** Undersigned counsel has made reasonable and timely efforts to undertake additional factual investigation that will assist in Henke's response to the government's motion to strike.

- 2 -

4.	Undersigned counsel anticipates that facts learned from its review, including knowledge and recollection of documents executed on behalf of Henke, could have a direct bearing on the organization's response to the government's motion to strike.

5.	Henke therefore requests a two-week extension, until February 23, 2022, to afford undersigned counsel the opportunity to complete their investigation and incorporate relevant findings into its response to the government's motion to strike.

6.	This motion is made in good faith and not for the purpose of delay.

7.	Pursuant to D.C.COLO.LCivR7.1(a), undersigned counsel conferred with counsel for the United States before filing this motion.  Counsel for the United States stated no objection to a two-week extension for Henke to respond.

8.	Pursuant to D.C.COLO.LCivR7.1(g), undersigned counsel has attached a proposed order granting this motion.

For the reasons set forth above, Henke respectfully requests that the Court grant it a two-week extension, until February 23, 2022, to respond to the United States' motion to strike claim.

DATED this 7th day of February 2022.

King & Spalding LLP
*/s/ Cliff Stricklin*
Cliff Stricklin
1401 Lawrence Street
Suite 1900
Denver, Colorado 80202
Phone (720) 535-2327
cstricklin@kslaw.com

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2022, a true and correct copy of the foregoing HENKE PROPERTY LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S MOTION TO STRIKE was filed with the Clerk of Court using the CM/ECF system, which will serve such filing on the following:

Tonya S. Andrews
Assistant U.S. Attorney
Chief, Asset Recovery Section
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Tonya.Andrews@usdoj.gov
*Attorney for United States of America*

Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Laura.hurd@usdoj.gov
*Attorney for United States of America*

Branden D. Lewiston
Aegis Law Group LLP
801 Pennsylvania Avenue, N.W.
Market Square West
Suite 740
Washington, DC 20004
202-737-3500
Email: blewiston@aegislawgroup.com
*Attorneys for Claimant*
*Edge Capital Investments, Ltd.*

                                                    */s/ Nancy Hedges*
                                                    Nancy Hedges