IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 21-CV-00796-MEH


UNITED STATES OF AMERICA,

               Plaintiff

     v.


1.      121 ASH ROAD, BASALT, COLORADO

2.      APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

               Defendants.

---

### ORDER GRANTING HENKE PROPERTY LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S MOTION TO STRIKE

---

For good cause shown, claimant Henke Property, LLC's unopposed motion for extension of time to respond to government's motion to strike is granted.  The deadline for Henke Property, LLC to respond to the motion is extended to February 23, 2022.

SO ORDERED this _____ day of February 2022.



BY THE COURT:


_____
Michael E. Hegarty
United States Magistrate Judge