IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

                Plaintiff

v.

121 ASH ROAD, BASALT, COLORADO

                Defendant

EXHIBIT 1
DECLARATION OF EVATT TAMINE

COMES NOW Affiant being duly sworn states as follows:

1. My name is Evatt Tamine. I am the sole manager of Henke Holdings, LLC ("Henke Holdings"). I became the sole manager of Henke Holdings on January 20, 2011, a position I continue to hold today.

2. At all relevant times, Henke Holdings has been, and continues to be, the sole manager of Henke Property, LLC ("Henke Property"). Henke Holdings was named the sole manager of Henke Property in Article 4.1 of Henke Property's September 2005 Operating Agreement.

3. Carl B. Linnecke has been Henke Property's registered agent with the State of Colorado since April 26, 2007. Mr. Linnecke has also been Henke Holdings' registered agent with the State of Colorado since April 26, 2007. He was the registered agent for

both entities when this civil forfeiture action commenced, and he remains the registered agent for both companies today.

4. On February 25, 2013, I executed a document titled "Appointment of Agent" in my capacity as manager of Henke Holdings, which is manager of Henke Property. I appointed Carl B. Linnecke to be an "agent of the Company [Henke Property], with authority to manage, operate and develop the Properties," *i.e.*, real properties located in the State of Colorado and owned by Henke Property.

5. Henke Property owns 121 Ash Road, Basalt, Colorado.

6. The Appointment of Agent includes a limitation that Mr. Linnecke lacks "the authority to sell, transfer, mortgage or take any other action affecting title to any of the Properties." However, Mr. Linnecke is otherwise empowered to "take such action with respect [to the Properties] as he shall determine to be in the best interest of the Company," including by executing "contracts, agreements and other instruments and documents as he may deem necessary or appropriate" in connection with the Properties.

7. Although Mr. Linnecke is prohibited from selling, transferring, or mortgaging 121 Ash Road, he is not prohibited from acting in Henke Property's best interest to prevent the sale, transfer, mortgage, disposition, or other action affecting title of the property.

8. To the extent there is any question whether Mr. Linnecke is authorized to represent Henke Property in this civil forfeiture action, I hereby (on behalf of Henke Holdings, manager of Henke Property) confirm that Mr. Linnecke was and is authorized to act as the authorized agent of, and take all necessary actions to represent, Henke Property in this action.

DATED this 22nd day of February 2022.

                    HENKE PROPERTY LLC

                    */s/ Evatt Tamine*

                    By: Evatt Tamine

                    Sole Manager of Henke Holdings, LLC, which is the Sole Manager of Henke Property, LLC

- 3 -