IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO


Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

                         Plaintiff

      v.

121 ASH ROAD, BASALT, COLORADO

                     Defendant

---

HENKE PROPERTY LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO GOVERNMENT'S MOTION TO STRIKE HENKE'S CLAIM AND ANSWER

---

Henke Property, LLC ("Henke" or "Henke Property") respectfully requests that the Court take judicial notice of the following document in connection with Henke's concurrently filed response to the government's Motion to Strike Henke's Claim and Answer.

**Exhibit A**, "Annual Report" of Henke Property dated April 26, 2007, available on the Colorado Secretary of State website, at https://www.coloradosos.gov/biz/BusinessEntityCriteriaExt.do.

A matter that is properly the subject of judicial notice may be considered when deciding a motion to dismiss, like the government's Motion to Strike here. *Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F.3d 1005, 1016 n.9 (9th Cir. 2012); *Wildearth Guardians v. Pub. Serv. Co. of Colo.*, 698 F.Supp.2d 1259, 1263 (D. Colo. 2010). Pursuant to Federal

Rule of Evidence 201, a court "may judicially notice a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  It is well-established that a court may also take judicial notice of documents available on a government agency's website.  *New Mexico ex rel. Richardson v. Bureau of Land Mgmt.*, 565 F.3d 683, 703 n. 22 (10th Cir. 2009) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute" (citation omitted)); *Gustavson v. Wrigley Sales Co.*, 961 F.Supp.2d 1100, 1113 n.1 (N.D. Cal. 2013) (same).  Accordingly, the Court should take judicial notice of Exhibit A, as it appears on a government agency website, namely the website of the Colorado Secretary of State.

## CONCLUSION

Henke requests that this Court take judicial notice of the document attached hereto as Exhibit A, and the contents thereof, in connection with Henke's response to the government's Motion to Strike.

DATED this 23rd day of February 2022.

King & Spalding LLP
*/s/ Cliff Stricklin*

Cliff Stricklin
1401 Lawrence Street
Suite 1900
Denver, Colorado 80202
Phone (720) 535-2327
*cstricklin@kslaw.com*

King & Spalding LLP
*/s/ Blythe Kochsiek*
Blythe Kochsiek
633 W. Fifth Street
Suite 1600

Los Angeles, CA 90071
Phone (213) 443-4355
*bkochsiek@kslaw.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 23, 2022, a true and correct copy of the foregoing **HENKE PROPERTY LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO GOVERNMENT'S MOTION TO STRIKE HENKE'S CLAIM AND ANSWER** was filed with the Clerk of Court using the CM/ECF system, which will serve such filing on the following:

Tonya S. Andrews
Assistant U.S. Attorney
Chief, Asset Recovery Section
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Tonya.Andrews@usdoj.gov
*Attorney for United States of America*

Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Laura.hurd@usdoj.gov
*Attorney for United States of America*

Branden D. Lewiston
Aegis Law Group LLP
801 Pennsylvania Avenue, N.W.
Market Square West
Suite 740
Washington, DC 20004
202-737-3500
Email: blewiston@aegislawgroup.com
*Attorneys for Claimant*
*Edge Capital Investments, Ltd.*

*/s/ Mina Tunson*
Mina Tunson