# EXHIBIT A

| | | Colorado Secretary of State |
|---|---|---|
| | **E-Filed** | Date and Time: 04/26/2007 10:36 AM |
| Document processing fee | | Id Number: 20051337709 |
|   If document is filed on paper | $100.00 | |
|   If document is filed electronically | **$ 10.00** | Document number: 20071201981 |
| Late fee if entity is in noncompliant status | | |
|   If document is filed on paper | $ 50.00 | |
|   If document is filed electronically | $ 20.00 | |

Fees & forms/cover sheets are subject to change.

To file electronically, access instructions for this form/cover sheet and other information or print copies of filed documents, visit www.sos.state.co.us and select Business Center.

Paper documents must be typewritten or machine printed.                ABOVE SPACE FOR OFFICE USE ONLY

# Annual Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 20051337709

Entity name: Henke Property LLC

Jurisdiction under the law of which the entity was formed or registered: Colorado

**You must complete line 1.**

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

1. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Linnecke | Carl | B | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

215 S Monarch, Ste 101
*(Street name and number or Post Office Box information)*

| Aspen | CO | 81611 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

| | |
|---|---|
| *(Province – if applicable)* | *(Country – if not US)* |

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

☐ **Mark the box if** information requested below is current in the records of the Secretary of State
   **OR** complete Questions 2 through 7.

2. Principal office street address: Sable Trust Limited
   *(Street name and number)*
   4th Floor Rodus Building, Road Reef
   Road Town, Tortola    OT    00000
   *(City)*    *(State)*    *(Postal/Zip Code)*
   Virgin Islands, British
   *(Province – if applicable)*    *(Country – if not US)*

3. Principal office mailing address: Sable Trust Limited
   (if different from above)
   *(Street name and number or Post Office Box information)*
   P.O. Box 765
   Road Town, Tortola    OT    00000
   *(City)*    *(State)*    *(Postal/Zip Code)*
   Virgin Islands, British
   *(Province – if applicable)*    *(Country – if not US)*

4. Registered agent name: (if an individual)   Linnecke    Carl    B
   *(Last)*    *(First)*    *(Middle)*    *(Suffix)*

   **OR** (if a business organization)
   _____

5. The person identified above as registered agent has consented to being so appointed.

6. Registered agent street address: 215 S Monarch, Ste 101
   *(Street name and number)*

   Aspen    CO    81611
   *(City)*    *(State)*    *(Postal/Zip Code)*

7. Registered agent mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   *(City)*    *(State)*    *(Postal/Zip Code)*

   *(Province – if applicable)*    *(Country – if not US)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.