IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

                    Plaintiff

v.

121 ASH ROAD, BASALT, COLORADO

                    Defendant

---

HENKE PROPERTY LLC'S NOTICE OF FILING AMENDED ANSWER

---

COMES NOW Henke Property, LLC ("Henke"), and files this notice of filing an amended pleading pursuant to Local Rule 15.1(a) of the United States District Court for the District of Colorado. Henke has conferred with plaintiff United States of America, and plaintiff consents to the filing of this amended Answer. In accordance with Local Rule 15.1(a), a copy of Henke's Amended Answer is attached as Exhibit A to this notice, with the text to be deleted stricken through and the text to be added underlined. Henke respectfully requests that the Court allow Henke to file this amended pleading to which plaintiff does not object.

- 2 -

DATED this 8th day of July 2022.

          King & Spalding LLP

          */s/ Cliff Stricklin*

          Cliff Stricklin
          1401 Lawrence Street
          Suite 1900
          Denver, Colorado 80202
          Phone (720) 535-2327
          cstricklin@kslaw.com

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2022, a true and correct copy of the foregoing Notice of Filing Amended Answer was filed with the Clerk of Court using the CM/ECF system, which will service such filing on the following:

Tonya S. Andrews
Assistant U.S. Attorney
Chief, Asset Recovery Section
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Tonya.Andrews@usdoj.gov
*Attorney for United States of America*.

Claimant
Edge Capital Investments, Ltd.

Represented by
Branden D. Lewiston
Aegis Law Group LLP
801 Pennsylvania Avenue, N.W.
Market Square West
Suite 740
Washington, DC 20004
202-737-3500
Email: blewiston@aegislawgroup.com

    */s/ Destiny Brittain*
Destiny Brittain