IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | |
|---|---|---|
| Civil Action No: 21-cv-796-MEH | | Date: July 11, 2022 |
| Courtroom Deputy: Christopher Thompson | | FTR: A 501 |

*Parties:*  *Counsel:*

USA,                                                                    Tonya Andrews

   Plaintiff,

v.

121 ASH ROAD, BASALT, COLORADO, et al.,

   Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**     11:41 a.m.

Court calls case.   Appearances of counsel.   Clifford Stricklin appears on behalf of Claimant Henke Property LLC.

Discussion held regarding the status of the case.   The parties request an extension of discovery deadlines with the Court grants the request.

**ORDERED:**   The Discovery Deadline is extended to **December 31, 2022**.

   Status Conference set for **November 9, 2022, at 11:15 a.m.** before United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse.

**Court in recess:**     11:57 a.m.        Hearing concluded.
Total in-court time:   00:16

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.