IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,
                Plaintiff

v.

121 ASH ROAD, BASALT, COLORADO
                Defendant

## HENKE PROPERTY LLC'S NOTICE OF ERRATA REGARDING AMENDED ANSWER

Claimant Henke Property, LLC ("Henke") hereby gives notice of the following erratum and correction to its Amended Answer to Plaintiff's Complaint, Dkt. No. 44-1:

On July 8, 2022, Henke filed a Notice of Filing Amended Answer that, pursuant to Local Rule 15.1(a), attached a copy of the Amended Answer. Dkt. No. 44 & 44-1.

The only change to the Amended Answer is to strike the amended language of paragraph 6 as follows:

> 6. Henke admits, based on information and belief, that Robert Brockman ("Brockman") is the founder, and was the CEO, of several businesses. Henke admits, based on information and belief, that Brockman ~~is the founder of Reynolds & Reynolds and~~ was, but no longer is, the CEO of Reynolds & Reynolds. Henke admits, based on information and belief, that Brockman is the founder, but not CEO,

of Spanish Steps Holdings, Ltd. Except to the extent admitted herein, Henke is without knowledge or information sufficient to admit or deny the remaining allegations in paragraph 6 of the Complaint, and on that basis, denies them.

The corrected version of Henke's Amended Answer is attached as Exhibit A to this notice, and, in accordance with Local Rule 15.1(a), the text to be deleted is stricken through and the text to be added is underlined.

Attached as Exhibit B is the final, verified version of Henke's Amended Answer, which has been verified by Carl B. Linnecke, authorized representative of Henke Property LLC.

DATED this 16th day of August 2022.

King & Spalding LLP

*/s/ Cliff Stricklin*

Cliff Stricklin
1401 Lawrence Street
Suite 1900
Denver, Colorado 80202
Phone (720) 535-2327
*cstricklin@kslaw.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2022, a true and correct copy of the foregoing **HENKE PROPERTY LLC'S NOTICE OF ERRATA REGARDING AMENDED ANSWER** was filed with the Clerk of Court using the CM/ECF system, which will serve such filing on the following:

Tonya S. Andrews
Assistant U.S. Attorney
Chief, Asset Recovery Section
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Tonya.Andrews@usdoj.gov
*Attorney for United States of America*

Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Laura.hurd@usdoj.gov
*Attorney for United States of America*

Branden D. Lewiston
Aegis Law Group LLP
801 Pennsylvania Avenue, N.W.
Market Square West
Suite 740
Washington, DC 20004
202-737-3500
Email: blewiston@aegislawgroup.com
*Attorneys for Claimant*
*Edge Capital Investments, Ltd.*

                                                */s/ Cliff Stricklin*
                                                Cliff Stricklin