IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     121 ASH ROAD, BASALT, COLORADO,
2.     APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

        Defendants.

## NOTICE OF DEATH

COMES NOW the United States of America (the United States), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and hereby notifies the Court of Mr. Brockman's death in the related criminal case, *United States v. Brockman*, 4:21-cr-00009-1 (S.D. Tex. 2021).

On October 1, 2020, a grand jury returned an indictment charging Robert T. Brockman with violations of 18 U.S.C. § 371 (Conspiracy to Defraud the United States and Commit Tax Evasion), 26 U.S.C. § 7201 (Tax Evasion), 31 U.S.C. §§ 5314 and 5322(b) (FBAR Violations), 18 U.S.C. § 1343 (Wire Fraud Affecting a Financial Institution), 18 U.S.C. § 1956(a)(1)(B)(i) (Concealment Money Laundering), 18 U.S.C. § 1956(a)(1)(A)(ii) (Tax Evasion Money Laundering), 18 U.S.C. § 1956(a)(2)(B)(i) (International Concealment Money Laundering), 18 U.S.C. § 1512(b)(2)(B) (Evidence Tampering), and 18 U.S.C. § 1512(c)(1) (Destruction of Evidence). *See United States v.*

*Brockman*, 4:21-cr-00009-1 (S.D. Tex. 2021) (ECF Doc. 2). In part, the indictment alleges that Brockman engaged in a long-term conspiracy in which he used a complex network of offshore entities, nominees, and secret foreign bank accounts to conceal income he earned through fraudulent activity, the proceeds of which were used to make improvements to defendant 121 Ash Road property and to fund the defendant Mirabaud bank account. This criminal case was intricately related to the pending civil forfeiture matter.

On September 7, 2022, Mr. Brockman's death certificate was filed in his criminal case. *See* ECF Doc. 289, Exhibit A, *United States v. Brockman*, 4:21-cr-00009-1 (S.D. Tex. 2021). On September 7, 2022, the Indictment was dismissed based on his death. *See* ECF Doc. 290.

The United States has not yet had conversations with the claimants in this case, regarding the effect of Mr. Brockman's death and dismissal of the related criminal case. The United States continues to review and prepare discovery to produce to the parties.

DATED this 30th day of September 2022.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    By: *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: tonya.andrews@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 30th day of September 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

s/ *Sheri Gidan*
FSA Paralegal
U.S. Attorney's Office