## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. 1. 121 ASH ROAD, BASALT, COLORADO, 2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951, *Defendants* and EDGE CAPITAL INVESTMENTS, LTD., *Claimant*. | Civil Action No. 1:21-cv-00796-MEH  **JOINT MOTION** |

### JOINT MOTION TO EXTEND TIME FOR RESPONSIVE PLEADING

Claimant Edge Capital Investments, Ltd. ("Edge") and the Government (jointly, the "Parties") respectfully move this Court to extend the deadline for Edge's responsive pleading from December 1, 2022 to January 6, 2023. The Parties state as follows:

1. The Government filed its Verified Complaint for Forfeiture *In Rem* on March 18, 2021.

2. Edge filed its Verified Claim with respect to Defendant Approximately $77,888,782.61 Held and Frozen in Mirabaud Bank Account #509951 ("Defendant Funds") on April 15.

3. Edge's initial responsive pleading deadline was May 6, 2021. After the Court granted consent motions to extend the deadline for a responsive pleading, the current deadline is December 1, 2022. ECF No. 43.

4. The Parties request that the deadline for Edge to answer or file a Rule 12 motion be extended to January 6, 2023.

5. Good cause exists to extend the deadline. The Parties are in discussions regarding a possible resolution of this matter.

Dated: November 4, 2022            Respectfully submitted,

AEGIS LAW GROUP LLP

By: /s/ Branden Lewiston
Branden Lewiston
801 Pennsylvania Avenue, N.W., Suite 740
Washington, D.C. 20004
Tel: (202) 737-3500
Fax: (202) 735-5071
Email: blewiston@aegislawgroup.com

*Counsel for Claimant*
*Edge Capital Investments, Ltd.*

Tonya Andrews
Laura Hurd
Assistant United States Attorney
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0100
Email: tonya.andrews@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, I filed the foregoing with the Court via its Electronic Case Filing system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Branden Lewiston

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

1. 121 ASH ROAD, BASALT, COLORADO,

2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    *Defendants*

and

EDGE CAPITAL INVESTMENTS, LTD.,

    *Claimant*.

Civil Action No. 1:21-cv-00796-MEH

## [PROPOSED] ORDER

Upon consideration of the Joint Motion To Extend Time To File a Responsive Pleading, it is hereby:

**ORDERED** that the Joint Motion is **GRANTED**, and

**ORDERED** that the deadline for Edge to file an answer or Rule 12 motion is now **January 6, 2023**.

**IT IS SO ORDERED**.

May __, 2022　　　　　　　　　　　_____