IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    *Plaintiff*,

  v.

1. 121 ASH ROAD, BASALT, COLORADO,

2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    *Defendants*

and

EDGE CAPITAL INVESTMENTS, LTD.,

    *Claimant*.

Civil Action No. 1:21-cv-00796-MEH

**CONSENT MOTION**

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

Claimant Edge Capital Investments, Ltd. ("Edge"), with the consent of the Government and Claimant Henke Property LLC ("Henke"), respectfully moves this Court to reschedule the November 9, 2022 status conference to a date after January 6, 2023. Edge states as follows:

1. The Government filed its Verified Complaint for Forfeiture *In Rem* on March 18, 2021.

2. Edge filed its Verified Claim with respect to Defendant Approximately $77,888,782.61 Held and Frozen in Mirabaud Bank Account #509951 on April 15.

3. Henke filed its Verified Answer with respect to Defendant 121 Ash Road, Basalt, Colorado, on June 30.

4. Edge's current responsive pleading deadline is December 1, 2022. Edge is concurrently requesting an extension of that deadline to January 6, 2023, to allow for continued discussions of a possible resolution.

5. A Scheduling Order solely as to Defendant 121 Ash Road, Basalt, Colorado, was entered on October 13, 2021. ECF No. 32.

6. In a July 11, 2022 status conference, the Court scheduled a November 9, 2022 status conference. *See* ECF No. 45.

7. Edge requests the Court reschedule the November 9 status conference to a date after January 6, 2023. The Government and Henke consent to this request.

8. Alternatively, Edge requests to be excused from the November 9 status conference, as Edge has yet to file a responsive pleading.

Dated: November 4, 2022               Respectfully submitted,

                                      AEGIS LAW GROUP LLP

                                      By: /s/ Branden Lewiston
                                      Branden Lewiston
                                      801 Pennsylvania Avenue, N.W., Suite 740
                                      Washington, D.C. 20004
                                      Tel: (202) 737-3500
                                      Fax: (202) 735-5071
                                      Email: blewiston@aegislawgroup.com

                                      *Counsel for Claimant*
                                      *Edge Capital Investments, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, I filed the foregoing with the Court via its Electronic Case Filing system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Branden Lewiston

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

1. 121 ASH ROAD, BASALT, COLORADO,

2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    *Defendants*

and

EDGE CAPITAL INVESTMENTS, LTD.,

    *Claimant*.

Civil Action No. 1:21-cv-00796-MEH

## [PROPOSED] ORDER

Upon consideration of the Consent Motion to Extend Status Conference, it is hereby:

**ORDERED** that the Consent Motion is **GRANTED**, and

**ORDERED** that the Status Conference currently scheduled for November 9, 2022, is reset to January _, 2023.

**IT IS SO ORDERED**.

November __, 2022                                         _____