IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.      121 ASH ROAD, BASALT, COLORADO, and

2.      APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    *In Rem* Defendants,

and

HENKE PROPERTY LLC, Claimant to Res 1,
EDGE CAPITAL INVESTMENTS LTD., Claimant to Res 2.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 4, 2022.**

    For good cause shown, Claimant Edge Capital Investments, Ltd.'s Joint Motion to Extend Time for Responsive Pleading [filed November 4, 2022; ECF 48] is **granted**. The deadline for Edge Capital to answer or otherwise respond to the complaint is **extended** to **January 6, 2023**.

    For good cause shown, Claimants' Consent Motion to Continue Status Conference [filed November 4, 2022; ECF 49] is **granted**.

    The Status Conference currently set for November 9, 2022 is **reset** to **January 30, 2023** at **1:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    The parties shall be prepared to discuss whether the existing Scheduling Order should be amended to include Claimant Edge Capital or whether a separate Scheduling Order as to just Plaintiff and Edge Capital should be entered.