IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1. 121 ASH ROAD, BASALT, COLORADO;
2. APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

          Defendants.
_____

**JOINT MOTION TO CONTINUE DISCOVERY DEADLINES**
_____

COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews and Laura B. Hurd, jointly with Claimants, Edge Capital Investments, Ltd. ("Edge") and Henke Property LLC ("Henke"), and respectfully moves this Court to continue the fact discovery cut-off to July 31, 2023, expert discovery cut-off to September 30, 2023, and dispositive motions deadline to December 1, 2023. The parties state as follows:

**Case Status**

1.    The United States filed its Verified Complaint for Forfeiture *In Rem* on March 18, 2021, alleging that the defendant assets were derived from proceeds from a scheme to defraud in violation of 18 U.S.C. § 1343. (Doc. 1). The wire fraud was also charged in a related criminal case, *United States v. Brockman*, 4:21-cr-00009-1 (S.D. Tex. 2021). Edge filed its Verified Claim with respect to Defendant Approximately

1

$77,888,782.61 Held and Frozen in Mirabaud Bank Account #509951 ("Defendant Funds") on April 15, 2021.  (Doc. 5.)  Edge's initial responsive pleading deadline was May 6, 2021.  The Court granted consent motions to extend the deadline for Edge's responsive pleading, and the current deadline is January 6, 2023.  (Doc. 50.)

    2.    Henke filed its Verified Claim with respect to Defendant 121 Ash Road, Basalt, Colorado ("Defendant Property") on June 9, 2021.  (Doc. 14.)  Henke filed its Answer with respect to the property on June 30, 2021.  (Doc. 17.)  On July 8, 2022, Henke filed an Amended Answer.  (Doc. 44-1).  However, Henke filed a Notice of Errata, making a correction to the Amended Complaint on August 16, 2022.  (Doc. 46-1.)

    3.    On October 13, 2021, the Court entered a Scheduling Order as to the United States and Claimant Henke.  (Doc. 32).  Edge was not a party to that Scheduling Order. Upon joint request of the United States and Henke in July 2022, the Court further extended the Discovery Deadlines to December 31, 2022. (Doc. 50).

    4.    On September 7, 2022, Mr. Brockman's death certificate was filed in his criminal case.  *See* ECF Doc. 289, Exhibit A, *United States v. Brockman*, 4:21-cr-00009-1 (S.D. Tex. 2021).  The same day, the Indictment was dismissed based upon his death.  *See* ECF Doc. 290.  On September 30, 2022, the United States filed a Notice of Death of Mr. Brockman in this case.  (Doc. 47).

    5.    On November 4, 2022, upon the request of Edge, and with the consent of the United States and Henke, the Court reset the November 9, 2022, Status Conference to January 30, 2023.  (Doc. 50.)  The Court requested that the parties be prepared to

discuss whether the existing Scheduling Order for Henke should be amended to include Edge, or whether a separate Scheduling Order should be entered. (*Id.*).

**Discovery Status**

6. On March 2, 2022, Edge provided the United States various documents regarding the business structure. Although Edge and the United States are in discussions regarding a possible resolution of this matter, the parties continue to engage in discovery exchange discussions and preparations.

7. In addition, in July 2022, the United States provided a courtesy copy of several relevant documents to Henke. These particular documents did not necessitate a protective order and were provided in good faith to keep the case proceeding.

8. On October 26, 2022, Henke and the United States engaged in a discovery meeting, whereby the parties discussed discovery exchange plans and a potential protective order regarding protection of confidential information that may be exchanged during discovery by the United States and the Claimants. During that meeting, counsel for Henke informed undersigned counsel that due to a trial at the end of 2022, Henke would like to extend discovery into the following year.

9. Nonetheless, to facilitate discovery, the United States sent a proposed protective order to counsel for both Claimants on November 3, 2022, as it relates to certain confidential information that would be potentially disclosed by the parties. On December 5, 2022, Claimant Henke responded with proposed changes to the protective order.

10. On November 17, 2022, the United States also sent a list of estimated file sizes for specific search terms, which would likely be relevant to the claims and/or

defenses of the parties to both Claimants' counsel.  At the same time, the United States has offered to provide this discovery in the manner and form requested by the Claimants.  On December 5, 2022, in response, Claimant Henke requested the government provided certain files at its earliest convenience.

11.     Throughout the year, the parties have continuously engaged in discovery exchange discussions and planning, and anticipate engaging in meaningful discovery in January 2023.

12.     Accordingly, although the parties continue to progress through discovery processing and possible resolution of this matter, the parties respectfully request that the Court continue the fact discovery cut-off to September 30, 2023, and expert discovery cut-off to November 30, 2023.   Also, such a continuance would require a continuance of the dispositive motions deadline to December 1, 2023.

13.     In addition, the parties believe that the amendment of the scheduling order to these extended dates will accommodate the inclusion of claimant Edge to the amended scheduling order in the near future after their Answer is filed.

14.     Accordingly, as there is good cause to extend the discovery deadlines based on the facts set forth above, the parties respectfully request that the Court amend the Scheduling Order to continue the discovery dates as set forth herein.

        DATED this 5th day of December 2022.

                              Respectfully submitted,

                              COLE FINEGAN
                              United States Attorney

By: *s/ Tonya S. Andrews*
Tonya S. Andrews
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*

By: *s/ Laura B. Hurd*
Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: laura.hurd@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record and true copies were mailed via regular and certified mail to:

*s/Sheri Gidan*
FSA Records Examiner
U.S. Attorney's Office