IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. 121 ASH ROAD, BASALT, COLORADO;
2. APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

        Defendants.

_____

**ORDER EXTENDING DISCOVERY DEADLINES**
_____

THIS MATTER comes before the Court on the *Joint Motion to Extend Discovery Deadlines*. Upon consideration and for good cause shown, IT IS ORDERED that the Motion is GRANTED. The discovery dates are extended as follows:

    a.    Discovery Cut-off: July 31, 2023;

    b.    Dispositive Motion Deadline: December 1, 2023;

    c.    Expert Designations: September 30, 2023; and

    d.    Rebuttal Expert Designations: October 30, 2023.

SO ORDERED this _____ day of _____ 2022.

                                          BY THE COURT:

                                          _____
                                          HON. MICHAEL E. HEGARTY
                                          United States Magistrate Judge