IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796-MEH

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.    121 ASH ROAD, BASALT, COLORADO, and

2.    APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN
      MIRABAUD BANK ACCOUNT #509951,

   *In Rem* Defendants,

and

HENKE PROPERTY LLC, Claimant to *Res* 1, and
EDGE CAPITAL INVESTMENTS LTD., Claimant to *Res* 2.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 6, 2022.**

For good cause shown, the parties' Joint Motion to Continue Discovery Deadlines [filed December 5, 2022; ECF 52] is **granted**. Section 9 of the Scheduling Order is modified as follows:

| | | |
|---|---|---|
| b. | Fact Discovery Cut-off: | July 31, 2023 |
| | Expert Discovery Cut-off: | November 30, 2023 |
| c. | Dispositive Motion Deadline: | December 1, 2023 |
| d(3) | Affirmative Expert Witness Disclosures | September 29, 2023 |
| d(4) | Rebuttal Expert Witness Disclosures | October 30, 2023 |

The above-deadlines shall apply to all of the above-identified litigants, including Claimant Edge Capital Investments, Ltd.

Nevertheless, because the Scheduling Order in place at ECF 32 is limited to Claimant Henke Property, LLC, the parties shall file a proposed Amended Scheduling Order to include Claimant Edge Capital Investments, Ltd as well. The parties shall file it by **January 23, 2023**. They also shall email a copy in editable Word format to Chambers at *Hegarty_Chambers@cod.uscourts.gov.*

The parties do not address in their Motion the Status Conference currently set for January 30, 2023 at 1:30 p.m. Consequently, this Court leaves it as scheduled. The parties may use it as a Scheduling Conference as well, if they see need to do so.

Conversely, if the parties see no need for either the Status Conference as currently set or a Scheduling Conference, then they may file a motion to request that it be vacated.