IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 21-cv-796-MEH | Date: | January 30, 2023 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501 |

*Parties:*                                               *Counsel:*

USA,                                                  Tonya Andrews
                                                       Laura Hurd

    Plaintiff,

v.

121 ASH ROAD, BASALT, COLORADO, et al.,

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**        01:38 p.m.

Court calls case. Appearances of counsel. Clifford Stricklin appears on behalf of Claimant *Henke Property LLC* and Branden Lewiston appears on behalf of Claimant *Edge Capital Investments, Ltd.*

Discussion held regarding the status of the case and the [ECF 54] *Motion to Dismiss Verified Complaint for Forfeiture In Rem* filed by Claimant Edge Capital Investments, Ltd. On January 6, 2023.

The Court reviews and accepts the parties' proposed Scheduling Order and will enter it in the case on the docket. The Court agrees with the parties' on not setting a Final Pretrial Conference at this time.

**Court in recess:**        01:49 p.m.        Hearing concluded.
Total in-court time:      00:11

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.