IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     121 ASH ROAD, BASALT, COLORADO,
2.     APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2023.**

     Before the Court is the Plaintiff's "Unopposed MOTION for Protective Order to Govern the Release of Sensitive, Confidential, and Non Public Information" ("Motion") [filed February 8, 2023; ECF 59] and the proposed protective order. The Court strikes paragraph 12 of the proposed protective order. The Court will not retain jurisdiction over a matter once the case is closed. As modified, and for good cause shown, the Motion is **granted**. For issuance of the protective order, the parties are directed to send a Word version to hegarty_chambers@cod.uscourts.gov.