IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

1.     121 ASH ROAD, BASALT, COLORADO,
2.     APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

       Defendants.

---

## Entry of Appearance

---

     Jared Lax of the law firm of King and Spalding LLP hereby certifies that he is a member in good standing of the bar of this court and enters his appearance as counsel for Henke Property LLC.

     Dated this 28th day of February, 2023.

                        KING & SPALDING LLP

                        */s/ Jared Lax*
                        Jared Lax
                        1401 Lawrence Street, Suite 1900
                        Denver, CO 80202
                        720-535-2320
                        *jlax@kslaw.com*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 28th day of February, 2023, a true and correct copy of this **ENTRY OF APPEARANCE** was filed via the CM/ECF System and served electronically to all counsel of record.

/s/ *Jared Lax*
Jared Lax