IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00796-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. 121 ASH ROAD, BASALT, COLORADO,
2. APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951

        Defendants,

and

EDGE CAPITAL INVESTMENTS, LTD.,

        Claimant.

## CONSENT MOTION TO EXTEND DISCOVERY DEADLINES

Claimant Edge Capital Investments, Ltd. and Claimant Henke Property, LLC, with the consent of the government, hereby move to extend the current case deadlines by one hundred eighty (180) days to provide the parties additional time to complete discovery.

1. This civil forfeiture case arose out of a years-long criminal tax evasion investigation into several individuals who are not parties to the present action, including Robert Brockman, Robert Smith, and Carlos Kepke. As part of that investigation, the Government convened a grand jury, issued numerous subpoenas, conducted dozens of witness interviews, received over a million documents, and issued two indictments.

2. The Brockman indictment primarily concerned tax evasion charges, though the indictment also alleged that Mr. Brockman engaged in improper trades in the secondary debt

market, which gave rise to the present proceeding. Mr. Brockman passed away before trial, and the indictment was dismissed. *See United States v. Brockman*, 21-CR-0009 (S.D. Texas) at Dkt No. 2 (Indictment) and Dkt. No. 290 (Order Granting Motion to Dismiss).

3. Unlike in a typical civil forfeiture case, the underlying criminal allegations in this case have never been tested. Claimants intend to conduct discovery on the basis for any alleged criminal conduct and on whether the *in rem* defendants are in fact proceeds of or traceable to the alleged criminal conduct.

4. The parties have begun written discovery, and the government has represented it intends to produce over one million (1,000,000) records in response to Claimant Edge's first requests for production.

5. In response to Edge's interrogatory asking the government to identify people with personal knowledge of the allegations in the Complaint, the government identified over one hundred forty (140) names.

6. Also in response to Edge's discovery requests, the government stated it intends to seek an order authorizing the disclosure of grand jury materials, including document subpoenas and transcripts.

7. Additional discovery requests are pending from Claimant Henke, and Edge is awaiting a production in response to a third party subpoena.

8. To date no depositions have been taken or scheduled.

9. The current close of discovery deadline is July 31, 2023.

10. Claimants request a one hundred eighty (180) day extension of the case deadlines to provide the parties time to complete discovery.

11.     In particular, Claimants require time to review the one million plus records that they will receive from the government.

12.     Claimants also require grand jury subpoenas to determine whether to issue additional third party subpoenas, and grand jury transcripts to determine who to depose.

13.     Claimants therefore request, with the Government's consent, that the case deadlines be modified as follows:

   a. Fact Discovery Cut-off: January 29, 2024 (currently July 31, 2023).

   b. Expert Discovery Cut-off: May 30, 2024 (currently November 30, 2023).

   c. Rebuttal Expert Discovery Cut-off:  June 29, 2024 (no current separate deadline).

   d. Dispositive Motion Deadline: July 31, 2024 (currently December 1, 2023).[1]

June 13, 2023

Respectfully submitted,

**AEGIS LAW GROUP LLP**

*/s/ Branden Lewiston*
Branden Lewiston
801 Pennsylvania Ave, NW, Suite 740
Washington, DC 20004
Tel: (202) 737-3500
Fax: (202) 735-5070
blewiston@aegislawgroup.com

*Counsel for Claimant*
*Edge Capital Investments, Ltd.*

---

[1] The dipositive motion deadline is currently one day after the expert discovery deadline. Claimants request that the dispositive motion deadline be set approximately one month after the rebuttal expert discovery deadline.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2023, I filed the foregoing with the Court's CM-ECF system, which will provide notice to all counsel of record.

/s/ Branden Lewiston