IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00796-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. 121 ASH ROAD, BASALT, COLORADO,
2. APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951

        Defendants,

and

EDGE CAPITAL INVESTMENTS, LTD.,

        Claimant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

**Edge Capital Investments, Ltd.**

    DATED at Washington, D.C. this 26th day of July 2023.

                        Jillian G. Leslie
                        Name of Attorney

                        Aegis Law Group LLP
                        Firm Name

                        801 Pennsylvania Ave. STE 740
                        Office Address

                        Washington, D.C. 20004
                        City, State, ZIP Code

202 207 0495
Telephone Number

jleslie@aegislawgroup.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, I filed the foregoing with the Court's CM-ECF system, which will provide notice to all counsel of record.

*/s/ Jillian G. Leslie*