IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00796-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. 121 ASH ROAD, BASALT, COLORADO,
2. APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951

        Defendants,

and

EDGE CAPITAL INVESTMENTS, LTD.,

        Claimant.

---

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

---

Undersigned counsel Branden Lewiston hereby moves to withdraw as counsel for Claimant Edge Capital Investments, Ltd. in the above-captioned matter. Good cause supports the Motion—namely, undersigned counsel has accepted a position with government and is ending his employment at Aegis Law Group LLP.

Aegis Law Group will continue to represent Claimant Edge in this matter. *See* ECF No. 68 (Entry of Appearance of Jillian Leslie). Undersigned counsel does not anticipate that his withdrawal will impact upcoming case deadlines.

July 28, 2023

Respectfully submitted,

**AEGIS LAW GROUP LLP**

*/s/ Branden Lewiston*
Branden Lewiston
Jillian Leslie
801 Pennsylvania Ave, NW, Suite 740
Washington, DC 20004
Tel: (202) 737-3500
Fax: (202) 735-5070
blewiston@aegislawgroup.com
jleslie@aegislawgroup.com

*Counsel for Claimant*
*Edge Capital Investments, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I filed the foregoing with the Court's CM-ECF system, which will provide notice to all counsel of record. I will also provide the foregoing to a representative of Claimant Edge Capital Investments, Ltd.

*/s/ Branden Lewiston*