IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

121 ASH ROAD, BASALT, COLORADO,
APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK
ACCOUNT #509951,

    Defendants,

EDGE CAPITAL INVESTMENTS, LTD., and
HENKE PROPERTY LLC,

    Claimants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 28, 2023.**

    For good cause shown, the Court hereby **grants** the Motion to Withdraw as attorney for Claimant Edge Capital Investments, Ltd. filed by Branden Lewiston, Esq., of Aegis Law Group LLP. ECF 69. Jillian Leslie, Esq., of Aegis Law Group LLP, will continue representing the Claimant.

    Mr. Lewiston's representation of Claimant Edge Capital Investments, Ltd. in this case is hereby terminated. After docketing this Minute Order, the Clerk of Court shall remove his information from the case caption and remove his email address so that he does not receive future NEFs from this civil action.