IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00796-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. 121 ASH ROAD, BASALT, COLORADO;
2. APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

        Defendants.
_____

**JOINT STATUS REPORT**
_____

COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews and Laura B. Hurd, jointly with Claimants, Edge Capital Investments, Ltd. ("Edge") and Henke Property LLC ("Henke"), and hereby provides a status on the discovery in this matter pursuant to the Court's Order (Doc. 67).

1.    In July 2022, the United States provided a small courtesy production of documents to Claimant Henke. These particular documents did not necessitate a protective order and were provided in good faith to keep the case proceeding.

2.    In November 2022, the United States offered to provide a subsequent courtesy production of approximately 825,000 documents to Claimants Henke and Edge. After counsel met and conferred to narrow the number of documents to approximately 90,000, the United States made another production in February 2023.

1

The documents were identified based on agreed-upon search terms, rather than a review for relevance as to Edge, Henke, or the allegations in this case.

3. On April 4, 2023, Claimant Edge served subpoenas on non-parties Deutsche Bank AG New York and Deutsche Bank Securities Inc. (collectively, "Deutsche Bank"). Edge received Deutsche Bank's responses on May 31, 2023, including over 5,000 documents. Edge provided these documents to the United States and Henke with its document production on October 6, 2023. Counsel for Edge and Deutsche Bank met and conferred regarding Deutsche Bank's responses on September 6, 2023. Deutsche Bank agreed to do a secondary review for responsive documents and provided additional documents on October 31, 2023.

4. In early April 2023, counsel met and conferred regarding various discovery issues, including the United States' request to schedule depositions and the United States' prior production of documents. Claimant Edge indicated that it would seek production of relevant grand jury materials before issuing some third-party subpoenas and scheduling depositions. The United States advised that it was authorized to disclose grand jury materials but was working on a disclosure order as a prophylactic measure before sharing such materials.

5. On April 26, 2023, Claimant Edge served discovery requests on Plaintiff United States. On May 26, 2023, the United States provided its responses to Claimant Edge's discovery requests, which included the production of over one million documents. Claimant Edge sought supplemental responses on June 16, 2023. The United States responded on August 15, 2023. However, the United States did not provide grand jury materials protected by Federal Rule of Criminal Procedure 6(e) until

2

such time as a court order was obtained from the District of Northern California, as discussed in more detail below.  The United States also did not provide defense attorney settlement communications from a separate investigation on the ground that the United States considered those materials not sufficiently relevant and with a need for protection outweighing the need for disclosure.  The United States and counsel for Claimant Edge discussed this matter on October 25, 2023.

6. In addition, in June 2023, the United States Attorney's Office for the District of Colorado drafted and sent a proposed motion for disclosure of grand jury material to the criminal Assistant United States Attorney in the Northern District of California, who appeared before the grand jury as it relates to the Indictment of Robert T. Brockman.  The AUSAs in Colorado have continued to engage in discussions regarding the legal basis and scope of the motion with the criminal AUSAs on numerous occasions.  The criminal AUSA is currently seeking approval from their upper management as it relates to this request and matter.  The United States has also apprised counsel for Claimant Edge of their ability to file a motion seeking the requested information in the Northern District of California under Fed. R. Crim. P. 6(e).

7. On May 18, 2023, Claimant Henke served discovery requests on Plaintiff United States.  On July 17, 2023, the United States provided its responses to Claimant Henke's discovery requests, which included the production of over 6,500 documents.

8. On August 23, 2023, the United States served Interrogatories, Requests for Production of Documents, and Requests for Admissions to Claimant Henke.  On October 6, 2023, Claimant Henke sent its Responses to the United States' Requests,

including a small production of documents. The United States intends to seek supplemental responses to some of the responses provided by Claimant Henke.

9. On August 23, 2023, the United States served Interrogatories, Requests for Production of Documents, and Requests for Admissions to Claimant Edge. On October 6, 2023, Claimant Edge sent its Responses to the United States' Requests for Discovery. Claimant Edge's response to Interrogatories consisted entirely of objections without any substantive response. On October 25, 2023, the United States informed counsel for Claimant Edge that it intends to provide Claimant Edge with formal objections and will request them to supplement their prior responses in an effort to resolve the matter.

10. On August 31, 2023, the United States provided Claimants Edge and Henke supplemental responses to Claimants' first set of discovery requests.

11. On September 19, 2023, the United States served a subpoena on Wells Fargo for updated bank records for Henke Property LLC, Henke Holdings LLC, and Mountain Queen LLC. To date, the United States has not received responses to its subpoena.

12. The United States has also requested dates for depositions from the Claimants. The United States believes that some depositions can be taken of individuals and entities that did not participate in the grand jury proceedings in the next few months. In response to requests for deposition dates, Claimants have stated that they wish to review the voluminous documents produced to date and engage in further discovery before setting deposition dates.

The United States has identified for Claimants, in response to its discovery

requests, over one hundred witnesses with personal knowledge of the allegations underlying the Complaint. Given the size of this list, Claimants anticipate that the requested grand jury materials will be essential to determine which witnesses must be deposed. Claimants also take the position that requiring them to take the deposition of witnesses who testified before the grand jury without the benefit of those witnesses' transcribed testimony would place them at an unfair disadvantage. Finally, as noted above, the United States has produced to Claimants over one million documents exclusive of the grand jury materials discussed above. Given the size and scope of the United States' production and the time that will be necessary to review these materials, Claimants believe that it is premature to schedule depositions in this matter.

13. The parties anticipate that there will likely be discovery disputes over discrete issues despite their best efforts to work them out. The parties are aware of the Court's discovery dispute practices and will follow them for any such dispute.

DATED 1st day of November 2023

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*

5

By: *s/ Laura B. Hurd*
Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: laura.hurd@usdoj.gov
*Attorney for the United States\*

By:*s/ Jillian G. Leslie*
Jillian G. Leslie
Aegis Law Group LLP
801 Pennsylvania Avenue, N.W.
Suite 740
Washington, D.C. 20004
Telephone: (202) 737-3500
E-mail: jleslie@aegislawgroup.com
*Attorney for Claimant*
*Edge Capital Investments, Ltd.*

By: *[s] Cliff Stricklin*
Cliff Stricklin
King & Spalding LLP
1401 Lawrence Street
Suite 1900
Denver, Colorado 80202
Phone (720) 535-2327
cstricklin@kslaw.com
*Attorney for Claimant Henke Property LLC*

6

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record and true copies were mailed via regular and certified mail to:

s/ *Jody Gladura*
FSA Federal Paralegal
U.S. Attorney's Office