IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00796-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. 121 ASH ROAD, BASALT, COLORADO,
2. APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951

        Defendants,

## CONSENT MOTION TO EXTEND DISCOVERY DEADLINES

Claimant Edge Capital Investments, Ltd. and Claimant Henke Property, LLC, with the consent of Plaintiff United States of America, hereby move for good cause shown and in the interest of justice, to extend the current case deadlines by one hundred twenty (120) days to provide all parties additional time to complete discovery.

1.     This case stems from a complex criminal tax evasion investigation into several non-parties, including Robert Brockman, Robert Smith, and Carlos Kepke. As part of that investigation, the government convened a grand jury in the Northern District of California, which issued subpoenas and heard witness testimony.

2.     The government indicted Brockman on October 1, 2020. *See United States v. Brockman*, 20-cr-00371-WHA (N.D. Cal.) at Dkt. No. 1 (Indictment). A few months later, on March 18, 2021, the government filed the present civil forfeiture complaint.

3.     As the Brockman criminal case proceeded, the parties in this matter sought and received deadline extensions. Brockman then passed away while awaiting trial, and the court

- 1 -

dismissed the indictment on September 7, 2022. *See United States v. Brockman*, 21-CR-0009 (S.D. Texas) at Dkt. No. 290 (Order Granting Motion to Dismiss).

4.  On June 13, Edge moved to extend the deadline with the government's consent. As one basis for its motion, Edge explained that the Claimants "require[d] grand jury subpoenas to determine whether to issue additional third-party subpoenas, and grand jury transcripts to determine who to depose." Unopposed Motion for Extension of Time to Complete Discovery, ECF No. 66. The Court granted the motion and extended fact discovery to January 29, 2024. *See* ECF No. 67.

5.  The parties have diligently engaged in discovery, including reviewing the government's production of over one million documents. These documents require a careful review considering the complex financial transactions at the heart of this case.

6.  Claimants continue to await the government's motion for the disclosure of grand jury materials, including document subpoenas and transcripts. Given the volume of the government's production and the government's identification of nearly one hundred witnesses with knowledge of the claims underlying this action, the Claimants believe the grand jury materials are paramount to identifying witnesses and deposition topics. To date, no depositions have been taken or scheduled by any party.

7.  Claimants Edge and Henke served their responses and objections to the government's discovery requests on October 6, 2023. The parties are cooperating to provide the government with supplemental responses while continuing to sift through the voluminous documents already produced in this case.

8. Claimants require additional time to supplement their discovery responses and continue the careful review of over one million documents produced so far in this case. Claimants further await the government's production of grand jury materials.

9. Claimants therefore request, with the Government's consent, that the case deadlines be modified as follows:

  a. Fact Discovery Cut-off: May 28, 2024 (currently January 29, 2024)

  b. Expert Disclosures: July 29, 2024 (no current separate deadlines)

  c. Rebuttal Expert Disclosures: August 28, 2024 (no current separate deadlines)

  d. Expert Discovery Cut-off: September 27, 2024 (currently May 30, 2024)

  e. Rebuttal Expert Discovery Cut-off: October 28, 2024 (currently June 29, 2024)

  f. Dispositive Motion Deadline: November 28, 2024 (currently July 31, 2024)

December 4, 2023

Respectfully submitted,

*/s/ Jillian G. Leslie*
Jillian Leslie
AEGIS LAW GROUP LLP
801 Pennsylvania Ave, NW, Suite 740
Washington, DC 20004
Tel: (202) 737-3500
Fax: (202) 735-5070
jleslie@aegislawgroup.com

*Counsel for Claimant*
*Edge Capital Investments, Ltd.*

*/s/ Cliff Stricklin*
Cliff Stricklin
Jared Lax
KING & SPALDING

- 4 -

        1401 Lawrence Street Suite 1900
        Denver, CO 80202
        Tel: (720) 535-2327
        cstricklin@kslaw.com
        jlax@kslaw.com

        *Counsel for Claimant*
        *Henke Property LLC*

- 5 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I filed the foregoing with the Court's CM-ECF system, which will provide notice to all counsel of record.

*/s/ Jillian G. Leslie*