IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

121 ASH ROAD, BASALT, COLORADO,
APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK
ACCOUNT #509951,

    Defendants,

EDGE CAPITAL INVESTMENTS, LTD., and
HENKE PROPERTY LLC,

    Claimants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2023.**

    For good cause shown, the Court hereby **grants** Claimants' Consent Motion to Extend Discovery Deadlines. ECF 72. The Court modifies the Scheduling Order at ECF 32 as follows:

| | |
|---|---|
| Fact Discovery Cut-off | May 28, 2024 |
| Expert Witness Disclosures | July 29, 2024 |
| Rebuttal Expert Witness Disclosures | August 28, 2024 |
| Expert Discovery Cut-off | September 27, 2024 |
| Rebuttal Expert Discovery Cut-off | October 28, 2024 |
| Dispositive Motions Deadline | November 29, 2024 |