IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    121 ASH ROAD, BASALT, COLORADO, and

2.    APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

      *In Rem* Defendants,

and

EDGE CAPITAL INVESTMENTS, LTD. and
HENKE PROPERTY, LLC,

      Claimants.

## [PROPOSED] ORDER

**Entered by _____, United States Magistrate Judge.**

Before the Court is a motion filed by third parties Universal Computer Systems Holding, Inc. ("UCSH") and The Reynolds and Reynolds Company ("Reynolds") (collectively "Intervenors") in which they seek to intervene in this case for the limited purpose of protecting interests in confidential documents and information, and to address common questions of law and fact ("Motion").

The Motion was based upon information in the current Parties' Joint Status Report of November 1, 2023 ("Joint Status Report"), which stated that: (1) "courtesy production" of

documents have been made by Plaintiff United States of America (the "United States") to Claimants Edge Capital Investments ("Claimant Edge") and Henke Property LLC ("Claimant Henke") in July and November of 2022, at least some of which "did not necessitate a protective order"; (2) in May of 2023, the United States provided discovery responses to Claimant Edge which included the production of over 1 million documents; (3) in July of 2023, the United States provided discovery responses to Claimant Henke which included the production of over 6500 documents; (4) in June of 2023, the United States Attorney's Office for the District of Colorado drafted and sent a proposed motion for disclosure of Grand Jury material to the criminal Assistant United States Attorney ("AUSA") in the Northern District of California, who appeared before the Grand Jury as it relates to the indictment of Robert T. Brockman, the former CEO of Intervenors; (5) the criminal AUSA is currently seeking approval from their upper management as it relates to this request and matter; and (6) the United States has also apprised counsel for Claimant Edge of their ability to file a motion seeking the requested information in the Northern District of California under Fed. R. Crim. P. 6(e). The information in the Joint Status Report and Motion to Intervene provides legitimate reasons for Intervenor to intervene to seek, as appropriate, protection of its confidential information.

    The Motion is granted, and Intervenors may intervene for the limited purpose of protecting confidential documents and information.

    Entered _____, 20__, at Denver, Colorado.

BY THE COURT:

_____<br>United States Magistrate Judge