**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br>  v.<br><br>1. 121 ASH ROAD, BASALT, COLORADO,<br><br>2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,<br><br>      *Defendants*<br>and<br><br>EDGE CAPITAL INVESTMENTS, LTD. and HENKE PROPERTY LLC,<br><br>      *Claimants.* | Civil Action No.<br>1:21-cv-00796-MEH |

**INTERVENORS UCSH AND REYNOLDS
CORPORATE DISCLOSURE STATEMENT**

Intervenors Universal Computer Systems Holding, Inc. ("UCSH") and The Reynolds and Reynolds Company ("Reynolds") make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Reynolds is a wholly owned subsidiary of Dealer Computer Services, Inc. ("DCS"), and DCS is a wholly owned subsidiary of UCSH. UCSH has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

Dated:  December 11, 2023

Respectfully submitted,

*/s/ William Leone*
William Leone
Norton Rose Fulbright US LLP
1225 Seventeenth Street, Suite 3050
Denver, CO 80202-1234
Tele: (303) 801 2750  /  Fax: (303) 801-2777
Email: bill.leone@nortonrosefulbright.com

Jasper G. Taylor III
Robert C. Morris
Eliot Turner
Norton Rose Fulbright US LLP
1301 McKinney St, Suite 5100
Houston, TX 77010-3095
Tele: (713)-651-5151  /  Fax: (713)-651-5246
Email: jack.taylor@nortonrosefulbright.com
Email: robert.morris@nortonrosefulbright.com
Email: eliot.turner@nortonrosefulbright.com

John C. Allen
John C. Allen P.C.
909 Fannin, Suite 3838
Houston, TX 77010-5670
Tele:  (713) 654-7000  /  Fax: (713) 654-7071
Email:  jallenpc@swbell.net

*Attorneys for Intervenors UCSH & Reynolds.*

**CERTIFICATE OF SERVICE**

I certify that on the 11th day of December 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ William Leone*
William Leone
