IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

1. 121 ASH ROAD, BASALT, COLORADO,

2. APPROXIMATELY $77,886,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    *Defendants*

and

EDGE CAPITAL INVESTMENTS, LTD. and HENKE PROPERTY LLC,

    *Claimants*.

Civil Action No.
1:21-cv-00796-MEH

**ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Universal Computer Systems Holding, Inc. and The Reynolds and Reynolds Company.

DATED at Denver, Colorado this 11th day of December, 2023.

                                        Robert C. Morris
                                        Name of Attorney

                                        Norton Rose Fulbright
                                        Firm Name

                                        1301 McKinney St, Suite 5100

Office Address

Houston, TX 77010

City, State, ZIP Code

(713) 651-5151

Telephone Number

robert.morris@nortonrosefulbright.com

Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I certify that on the 11th day of December 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

s/ *Robert C. Morris*