IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00796-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    121 ASH ROAD, BASALT, COLORADO,
2.    APPROXIMATELY $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK ACCOUNT #509951,

    *In Rem* Defendants,

EDGE CAPITAL INVESTMENTS LTD.,
HENKE PROPERTY LLC,

    Claimants,

and

UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.,
THE REYNOLDS AND REYNOLDS COMPANY,

    Intervenors.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on March 27, 2024.**

    At the Intervenors' request, the Court will hold a Discovery Conference on **April 8, 2024, at 2:00 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    At this Discovery Conference, the Court will address the Intervenors' document requests to the Government.

    While in-person appearances are preferred, litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may request to appear at the Discovery Conference remotely. Please **call** Chambers at (303) 844-4507 at least **two business days** prior to the Discovery Conference to request remote appearance.

In advance of the Discovery Conference, the Parties may each prepare a short statement identifying the nature of the dispute(s) and provide the statements and any other documents/information that may assist in the resolution of the issues by email to *hegarty_chambers@cod.uscourts.gov*. These materials shall be submitted before **noon on April 3, 2024**.