IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:    21-cv-00796-MEH | Date:   April 8, 2024 |
| Courtroom Deputy:   Christopher Thompson | FTR:   Courtroom A 501 |

*Parties:*                                              *Counsel:*

USA,                                                    Tonya Andrews
                                                        Laura Hurd
        Plaintiff,

v.

121 ASH ROAD, BASALT, COLORADO, et al.,

        Defendants,

EDGE CAPITAL INVESTMENTS LTD., et al.,

        Claimants,

and

UNIVERSIAL COMPUTER SYSTEMS          Jasper G. Taylor, III
HOLDING, INC., et al.,

        Intervenors.

---

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

---

**Court in session:**       **1:58 p.m.**

Court calls case.  Appearances of counsel.

Discussion held regarding the discovery dispute pertaining to Intervenors' discovery requests served on the Government related to the 1.3 million documents produced by the Government to the claimants.  The Government objects to being served discovery requests from the Intervenors but will allow Intervenors' counsel to view the documents.  The Court denies Intervenors request to serve discovery on the Government, as stated on the record.

**Court in recess:**       **2:15 p.m.**       Hearing concluded.
Total in-court time:   00:17

\*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.