**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00796-CYC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  121 ASH ROAD BASALT, COLORADO
2.  APPROXIMATELY  $77,888,782.61 HELD AND FROZEN IN MIRABAUD BANK
     ACCOUNT #509951

      Defendants,

and

EDGE CAPITAL INVESTMENTS, LTD.,
HENKE PROPERTY LLC,

      Claimants.

---

## NOTICE OF APPEAL

---

Spanish Steps Holdings Ltd. ("Spanish Steps"), under Fed. R. App. P. 3(a) and 4(a)(1)(A), hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Minute Order denying Spanish Steps' Motion to Intervene and To Direct the Activities of Claimants Edge Capital Investments, Ltd. and Henke Property LLC, or in the Alternative for a Stay Pending the Appointment of a Receiver in a Related Action (Doc. 170) entered on April 30, 2026.

Date:  May 28, 2026

      Respectfully submitted,

      /s/ Jason S. Varnado
      Jason S. Varnado
      jvarnado@jonesday.com
      Andrew M. Ryngaert
      aryngaert@jonesday.com
      JONES DAY
      717 Texas
      Suite 3300
      Houston, Texas 77002-2712
      Office: (832) 239-3939

Fax: (832) 239-3600

-and-

Andrea Surratt
Amy Pauli
CROWELL & MORING LLP
1601 Wewaata Street, Suite 815
Denver, Colorado 80202
Telephone: (303) 524-8618
asurratt@crowell.com
apauli@crowell.com

## CERTIFICATE OF SERVICE

I certify that on May 28, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the District of Colorado.

/s/ Jason S Varnado
Jason S. Varnado